Daniel J. Auerbach
Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad Street, Suite 300
Missoula, MT 59802
ph. (406) 728-1694 / fax (406) 728-5475
daniel@bkbh.com
christy@bkbh.com

Martin J. Bishop
Robert C. Deegan (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
ph. (312) 207-1000 / fax (312) 207-6400
MBishop@reedsmith.com
RDeegan@reedsmith.com

William J. Sheridan (admitted *pro hac vice*)
Ally P. Allegretto (admitted *pro hac vice*)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
ph. (412) 288-3131 / fax (412) 288-3063
wsheridan@reedsmith.com
aallegretto@reedsmith.com

*Attorneys for Health Care Service Corporation*
*d/b/a Blue Cross and Blue Shield of Montana*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD, <br><br> Plaintiffs, <br><br> v. | 6:24-cv-00081-BMM |

|  |  |
|---|---|
| HEALTH CARE SERVICE CORPORATION, A Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and MONTANA UNIVERSITY SYSTEM,<br><br>Defendants. | **DEFENDANT BLUE CROSS AND BLUE SHIELD OF MONTANA'S MOTION TO COMPEL MEDICAL AUTHORIZATIONS** |

COMES NOW Defendant Health Care Service Corporation, a Mutual Legal Reserve Company doing business in Montana as Blue Cross and Blue Shield of Montana ("BCBSMT"), through counsel, and respectfully moves this Court for an Order directing Plaintiff Johnny Rutherford to sign HIPAA-compliant medical authorizations for both the Mayo Clinic and Aetna, as more fully described in the accompanying brief.

Counsel certifies that they have conferred with BCBSMT regarding fees and costs, as set forth in Fed. R. Civ. P. 37(a)(5).

Plaintiffs' counsel has been contacted and opposes this Motion.

//

- 3 -

DATED this 13th day of May, 2025.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By /s/ *Daniel J. Auerbach*
    Daniel J. Auerbach
    M. Christy S. McCann

-and-
 REED SMITH LLP

 By: Martin J. Bishop
    Robert C. Deegan
    Allessandra P. Allegretto
    William J. Sherridan

*Attorneys for Health Care Service Corporation*
*d/b/a Blue Cross and Blue Shield of Montana*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2025, a true copy of the foregoing was served:

Via ECF to the following parties:

John Morrison
Scott Peterson
Morrison, Sherwood, Wilson & Deola, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601

   /s/ *Daniel J. Auerbach*
BROWNING, KALECZYC, BERRY & HOVEN, P.C.