FILED
11/01/2024
*Angie Sparks*
CLERK
Lewis & Clark County District Court
STATE OF MONTANA
By: Reba Winsky
DV-25-2023-0000789-NE
Menahan, Mike
52.00

1
2
3
4
5
6
7

**MONTANA FIRST JUDICIAL DISTRICT COURT**
**LEWIS AND CLARK COUNTY**

8
9

JOHNNY C. RUTHERFORD, JR. and
MARY RUTHERFORD,

Plaintiffs,

v.

HEALTH CARE SERVICE
CORPORATION, a Mutual Legal
Reserve Company, d/b/a Blue Cross and
Blue Shield of Montana, and the STATE
OF MONTANA,

Defendants.

Cause No. ADV-2023-789

**ORDER – PLAINTIFFS'**
**MOTION TO AMEND**

Before the Court is Plaintiffs Johnny C. Rutherford, Jr. and Mary Rutherford's motion for leave to file a second amended complaint. John Morrison represents the Plaintiffs. Daniel J. Auerbach and Christy S. McCann represent Defendants, Health Care Service Corporation, a mutual legal reserve company, doing business in Montana as Blue Cross and Blue Shield of Montana (BCBS), and the Montana University System (MUS).

/////

1    Plaintiffs filed their original complaint in this matter on December

2  15, 2023.  Plaintiffs filed their first amended complaint February 9, 2023.

3  Plaintiffs now seek leave to file a second amended complaint to include a class

4  action claim against BCBS.

5    Montana Rule of Civil Procedure 15 provides for liberal

6  amendment of pleadings when it would not prejudice the opposing party.

7  *Farmers Coop. Assn v. Amsden, LLC*, 2007 MT 286, ¶ 12, 339 Mont. 445,

8  171 P.3d 690.  The decision to grant or deny an amended pleading is within the

9  discretion of the district court.  *Hobble-Diamond Cattle Co. v. Triangle*

10  *Irrigation Co.*, 249 Mont. 322, 325, 815 P.2d 1153, 1155 (1991).  However, a

11  court should not grant leave to amend when the party opposing the amendment

12  would incur substantial prejudice as a result of the amendment.  *Eagle Ridge*

13  *Ranch Ltd. Pshp. v. Park County*, 283 Mont. 62, 66-67, 938 P.2d 1342,

14  1344-1345 (1997).

15    BCBS does not object to Plaintiffs' motion to amend the

16  complaint.  In its response to Plaintiffs' motion, BCBS states it expressly

17  reserves all rights, defenses, and arguments regarding the second amended

18  complaint.  Because the Montana Rules of Civil Procedure provide for liberal

19  amendment of pleadings and the motion is unopposed, the Court finds it

20  appropriate to grant leave for Plaintiffs to file their second amended complaint.

21  /////

22  /////

23  /////

24  /////

25  /////

Order – Plaintiffs Motion to Amend - page 2
ADV-2023-789

1

2

**ORDER**

**IT IS HEREBY ORDERED** Plaintiffs' motion for leave to file a

3    second amended complaint is **GRANTED.**

4

5

6                                              /s/   Mike Menahan
                                               MIKE MENAHAN
7                                              District Court Judge

8

9

10   c:      John Morrison, via email
             Daniel J. Auerbach, via email
11           Christy S. McCann, via email

12

13

14

15

16

17   MM/sm/ADV-2023-789

18

19

20

21

22

23

24

25

Order – Plaintiffs Motion to Amend - page 3
ADV-2023-789