FILED
01/28/2025
Lisa Kallio
CLERK
Lewis & Clark County District Court
STATE OF MONTANA
By: Helen Coleman
DV-25-2023-0000789-NE
Menahan, Mike
61.00

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD,<br><br>  Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and the STATE OF MONTANA,<br><br>  Defendants. | Cause No: DV-25-2023-0000789-NE<br><br><br>**PROPOSED ORDER APPROVING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs have moved for a one-week extension of time in which to file reply brief in support of their Motion to Unseal, which is currently due on January 29, 2025. The motion is unopposed.

Good cause appearing therefore, IT IS GRANTED and the answer to the reply brief shall be due on February 5th, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically Signed By:
Hon. Judge Mike Menahan
Tue, Jan 28 2025 09:21:45 AM