UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHNNY C. RUTHERFORD, Jr.; et al.,<br><br>    Plaintiffs - Respondents,<br><br> v.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, doing business in Montana as Blue Cross and Blue Shield of Montana, doing business as Blue Cross and Blue Shield of Montana and MONTANA UNIVERSITY SYSTEM,<br><br>    Defendants - Petitioners. | No. 25-3971<br><br>D.C. No. 6:24-CV-00081<br>District of Montana, Great Falls<br><br>ORDER |

The motion (Docket Entry No. 18) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This petition is dismissed.

All other pending motions are denied as moot.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT