John M. Morrison
Scott L. Peterson
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
speterson@mswdlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD, and JOHNNY RUTHERFORD ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and the MONTANA UNIVERSITY SYSTEM,<br><br>Defendants. | Cause No: 6:24-CV-00081<br><br>**FOUNDATIONAL DECLARATION OF JOHN MORRISON IN SUPPORT OF RENEWED SUPPLEMENTAL MOTION TO CERTIFY CLASS UNDER RULE 23(B)(3)** |

John Morrison, pursuant to § 1-6-105, MCA, declares as follows:

1. My name is John Morrison. I am a licensed attorney in Montana and am lead counsel of record in this case.

2. I have personally conducted discovery in this case including requests for production.

3. The documents attached hereto as Exhibit 1 were produced to me by HCSC in response to requests for production. Pursuant to L.R 5.1(b)(4), personal information relating to parties other than Plaintiffs is redacted. Otherwise, it is my belief that the documents fall within the scope of this Court's Order of May 14, 2025 (Doc. 69) or otherwise do not require filing under seal or redaction when filed by Plaintiffs.

4. The documents attached hereto as Exhibit 2 were produced by Plaintiffs to HCSC during the course of discovery.

5. The documents attached hereto as Exhibit 3 are excerpts from the HCSC 30(b)(6) deposition of Ami Pillatzke taken on September 3, 2024.

6. The documents attached hereto as Exhibit 4 are excerpts from the deposition of Matthew Smith taken on October 20, 2025.

7. The documents attached hereto as Exhibit 5 are excerpts from the HCSC 30(b)(6) deposition of Stacie Burns taken on February 3, 2026.

8. The documents attached hereto as Exhibit 6 include the expert report and CV of Kimberlee Hewitt

9. The documents attached hereto as Exhibit 7 include the expert report and CV of Linda Peeno.

10. The documents attached hereto as Exhibit 8 include Plaintiffs' Interrogatories 4-7 to HCSC, served during the course of discovery.

11. The document attached hereto as Exhibit 9 is a placeholder for Deposition Exhibit 59, which is an excel spreadsheet that contains Personal Health Information (PHI) protected by HIPAA. The spreadsheet itself can be filed under seal upon Order of the Court.

12. The documents attached hereto as Exhibit 10 include the expert report of Charity Rowsey including her CV. Schedules 2 and 3 have been redacted pursuant to L.R. 5.1(b)(4) because they contain claim numbers and other potential PHI and are not essential to Plaintiff's motion.

13. The documents attached hereto as Exhibit 11 include Defendants' response to Plaintiff's Interrogatory No. 9.

14. The documents attached hereto as Exhibit 12 include the expert report and CV of Gregory Munro.

15. I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DATED this 24th day of February 2026.

By: _____
John M. Morrison
*Attorneys for Plaintiffs*