# General Inquiry Summary

Mark as Finished

**Plan Details**

**Subscriber Information**

**Patient Information**

**Provider Details**

**General Inquiry Request**

| | |
|---|---|
| **Resubmission** | No |
| **Comments** | Can provider be notified of the following? Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculothy, and debilitating pain persists cont... |
| **Message Status Code** | Processed |
| **Create Date** | 08/22/2023 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U326648 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| | | **Extension** | |
| **Street Address** | | **State Or Province** | |
| **City** | | **Country** | US |
| **ZIP Or Postal Code** | | | |

**General Inquiry Update History**

**General Inquiry Response**

| | |
|---|---|
| **Comments** | Thank you for this information. Provider will need to submit an appeal if they need to question the claim denial or an adjustment to correct. Thank You NLA |
| **Action Code** | 102 - Explanation Given (valid on Adjudication & Payment Suspense Reply only) |
| **Message Status Code** | Processed |
| **Create Date** | 08/23/2023 |
| **Message ID** | 01106c0197c8296db2a7c8f634d4e37f |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | mn0f117 | | |
| **Name** | NICOLE ALBERTS | **Phone Number** | 8008592125 |
| | | **Extension** | |
| **Street Address** | | **State Or Province** | |
| **City** | | **Country** | US |
| **ZIP Or Postal Code** | | | |

**State History**

Confidential- Subject to Protective Order        BCBSMT_0401

Mark as Finished

# General Inquiry Summary

**Plan Details**

**Subscriber Information**

**Patient Information**

**Provider Details**

**General Inquiry Request**

| | |
|---|---|
| **Resubmission** | No |
| **Comments** | cont...2 despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function. |
| **Message Status Code** | Processed |
| **Create Date** | 08/22/2023 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U326648 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**General Inquiry Update History**

**General Inquiry Response**

| | |
|---|---|
| **Comments** | Thank you |
| **Action Code** | 102 - Explanation Given (valid on Adjudication & Payment Suspense Reply only) |
| **Message Status Code** | Processed |
| **Create Date** | 08/23/2023 |
| **Message ID** | e5ccdf2eac5ed1e60a124c532f1f5598 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | mn0f117 | | |
| **Name** | NICOLE ALBERTS | **Phone Number** | 8008592125 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**State History**

Confidential- Subject to Protective Order
BCBSMT_0402

# Informational Message Summary

**Plan Details**

**Subscriber Details**

**Patient Details**

**Provider Details**

**Informational Message Details**

**Comments** Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progres

**Message Status Code** Processed

**Create Date** 08/22/2023

**Release Number** 23.0

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U326648 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**State History**

Confidential- Subject to Protective Order     BCBSMT_0403

# Informational Message Summary

## Plan Details

| | | | |
|---|---|---|---|
| **Message ID** | 1363b02431b8432b48a0eb8 fd2c4f73c | **Claims SCCF Number** | 72520231822251200 |
| **Date Of Service** | 06/27/2023 - 06/27/2023 | **Originating Plan Code/Station Code** | 751/ MTNA |
| **Host Plan Control #** | 22712494367 | **Destination Plan Code/Station Code** | 725/ SPHA |
| **Processing Site Control #** | | | |

## Subscriber Details

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Subscriber ID** | MVA826750411 |
| **Middle Name** | | **Subscriber Group #** | |
| **Last Name** | RUTHERFORD | **Medical Record #** | |

## Patient Details

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Gender** | M |
| **Middle Name** | | **Date of Birth** | 04/25/1961 |
| **Last Name** | RUTHERFORD | **Relationship To Subscriber** | Self |

## Provider Details

| | | | |
|---|---|---|---|
| **Provider Name** | MAYO CLINIC | **Street Address** | 200 1ST ST SW |
| **BCBS Provider Number** | 003205742 | **City** | ROCHESTER |
| **National Provider ID** | 1922074434 | **State or Province** | MN |
| **Federal Tax ID** | 416011702 | **ZIP or Postal Code** | 55905 |
| | | **Country** | US |

## Informational Message Details

**Comments**   22845 and 22853 non-approved service considered Not Medically Necessary based on the following rationale: No documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function. If provider not satisfied, they may appeal.

| | |
|---|---|
| **Message Status Code** | Processed |
| **Create Date** | 07/21/2023 |
| **Release Number** | 23.0 |

## Contact On Receipt Details

| | | | |
|---|---|---|---|
| **User Id** | U267809 | **Phone Number** | 8007172695 |
| **Name** | HCSC | **Extension** | |
| **Street Address** | | **State Or Province** | |
| **City** | | **Country** | US |
| **ZIP Or Postal Code** | | | |

## State History

| State | Timestamp | UserId | Internal Comments |
|---|---|---|---|
| Processed | 07/21/2023 17:53:42 | U267809 | InformationalMessage/OneWay |
| Processing | 07/21/2023 17:53:42 | U267809 | InformationalMessage/OneWay |

Confidential- Subject to Protective Order                BCBSMT_0480

# Informational Message Summary

**Plan Details**

**Subscriber Details**

**Patient Details**

**Provider Details**

**Informational Message Details**

| | |
|---|---|
| **Comments** | 22551 and 22552 non-approved service considered Not Medically Necessary based on the following rationale: Documentation limited to hospital records. No HPI or prior imaging results were provided to review. 22551 and 22552 do not meet criteria. Denies as not medically necessary, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy,(contd) |
| **Message Status Code** | Processed |
| **Create Date** | 07/27/2023 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U267809 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**State History**

Confidential- Subject to Protective Order

BCBSMT_0481

# Informational Message Summary

**Plan Details**

**Subscriber Details**

**Patient Details**

**Provider Details**

**Informational Message Details**

          **Comments**   (contd) and no documentation of persistent debilitating radicular pain despite non-surgical conservative therapy for at least 6 weeks, or neurogenic claudication or progressive symptoms of motor loss that impairs function. If the provider is not satisfied with the determination, they may follow their normal appeal process.

**Message Status Code**   Processed

        **Create Date**   07/27/2023

     **Release Number**   23.0

**Contact On Receipt Details**

            **User Id**   U267809                       **Phone Number**   8007172695

             **Name**   HCSC                            **Extension**

    **Street Address**                          **State Or Province**

               **City**                                  **Country**   US

**ZIP Or Postal Code**

**State History**

Confidential- Subject to Protective Order                        BCBSMT_0482

**General Inquiry Summary**                                                                    ⊠

☑ Mark as Finished

**▾ Plan Details**

|  |  |
|---|---|
| Message ID c096948f40da3f550645 1ec7 611f3918 | Claims SCCF Number 7252023 862647200 |
| Date Of Service 06 28 2023 - 06 28 2023 | Originating Plan Code Station Code 751 MTNA |
| Host Plan Control # 227 2574737 | Destination Plan Code Station Code 725 SPEA Code |
| Processing Site Control # | |

**▾ Subscriber Information**

|  |  |
|---|---|
| First Name JOHNNY | Subscriber ID MVA828750411 |
| Middle Name | Subscriber Group # |
| Last Name RUTHERFORD | |

**▾ Patient Information**

|  |  |
|---|---|
| First Name JOHNNY | Gender M |
| Middle Name | Date of Birth 04 25 1961 |
| Last Name RUTHERFORD | Relationship To Subscriber Self |

**▾ Provider Details**

|  |  |
|---|---|
| Provider Name MAYO CLINIC | Street Address 200 1ST ST SW |
| BCBS Provider Number 003235742 | City ROCHESTER |
| National Provider ID 1922074434 | State or Province MN |
| Federal Tax ID 416011702 | ZIP or Postal Code 55905 |
| | Country US |

**▾ General Inquiry Request**

Resubmission No

Comments Can provider be informed of the following? Entire claim to be denied as associated to the main procedures: 22551 22552 22853 and 22845 as NYN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SJR712.041 As MMN, as no documentation to support radiographic evidence of cervical nerve root compression as documented by MRI, consistent with the symptomatic levels of cervical radiculopathy and debilitating pain persists cont

Message Status Code Processed

Create Date 08 31 2023

Release Number 23.0

Contact On Receipt Details

|  |  |
|---|---|
| User Id U326648 | |
| Name HCSC | Phone Number 8007172695 |
| Street Address | Extension |
| City | State Or Province |
| ZIP Or Postal Code | Country US |

Confidential- Subject to Protective Order



**General Inquiry Summary**

☑ Mark as Finished

▾ Plan Details

| | | | |
|---|---|---|---|
| Message ID | a726fd51908c8602e2a8d06 1d1f549e7 | Claims SCCF Number | 7252023138264720 0 |
| Date Of Service | 06/28/2023 - 06/28/2023 | Originating Plan Code/Station Code | 751/ MTNA |
| Host Plan Control # | 227125747 37 | Destination Plan Code/Station Code | 725/ SFHA |
| Processing Site Control # | | | |

▾ Subscriber Information

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Subscriber ID | MVA626750411 |
| Middle Name | | Subscriber Group # | |
| Last Name | RUTHERFORD | | |

▾ Patient Information

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Gender | M |
| Middle Name | | Date of Birth | 04/25/1961 |
| Last Name | RUTHERFORD | Relationship To Subscriber | Self |

▾ Provider Details

| | | | |
|---|---|---|---|
| Provider Name | MAYO CLINIC | Street Address | 200 1ST ST SW |
| BCBS Provider Number | 003205742 | City | ROCHESTER |
| National Provider ID | 1922074434 | State or Province | MN |
| Federal Tax ID | 416011702 | ZIP or Postal Code | 55905 |
| | | Country | US |

▾ General Inquiry Request

| | |
|---|---|
| Resubmission | No |
| Comments | cont 2 despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function |
| Message Status Code | Processed |
| Create Date | 08/31/2023 |
| Release Number | 23.0 |

Contact On Receipt Details

| | | | |
|---|---|---|---|
| User Id | U326648 | Phone Number | 8007172895 |
| Name | HCSC | Extension | |
| Street Address | | State Or Province | |
| City | | Country | US |
| ZIP Or Postal Code | | | |

[ View Remote Message State ]

▸ General Inquiry Update History

▾ General Inquiry Response

Confidential- Subject to Protective Order

Mark as Finished

# General Inquiry Summary

**Plan Details**

| | | | |
|---|---|---|---|
| **Message ID** | 7823a6b97c6548627a3be9f 40f5cfb48 | **Claims SCCF Number** | 72520231871321500 |
| **Date Of Service** | 06/27/2023 - 06/27/2023 | **Originating Plan Code/Station Code** | 751/ MTNA |
| **Host Plan Control #** | 22712730795 | **Destination Plan Code/Station Code** | 725/ SPHA |
| **Processing Site Control #** | | | |

**Subscriber Information**

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Subscriber ID** | MVA826750411 |
| **Middle Name** | | **Subscriber Group #** | |
| **Last Name** | RUTHERFORD | | |

**Patient Information**

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Gender** | M |
| **Middle Name** | | **Date of Birth** | 04/25/1961 |
| **Last Name** | RUTHERFORD | **Relationship To Subscriber** | Self |

**Provider Details**

| | | | |
|---|---|---|---|
| **Provider Name** | MAYO CLINIC | **Street Address** | 200 1ST ST SW |
| **BCBS Provider Number** | 003205742 | **City** | ROCHESTER |
| **National Provider ID** | 1922074434 | **State or Province** | MN |
| **Federal Tax ID** | 416011702 | **ZIP or Postal Code** | 55905 |
| | | **Country** | US |

**General Inquiry Request**

| | |
|---|---|
| **Resubmission** | No |
| **Comments** | Can provider be informed of the following? Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists cont... |
| **Message Status Code** | Processed |
| **Create Date** | 08/31/2023 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U326648 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**General Inquiry Update History**

**General Inquiry Response**

| | |
|---|---|
| **Comments** | Thank you for this information. Provider will need to submit an appeal if they need to question the claim denial or an adjustment to correct. Thank You NLA |
| **Action Code** | 102 - Explanation Given (valid on Adjudication & Payment Suspense Reply only) |
| **Message Status Code** | Processed |
| **Create Date** | 09/01/2023 |
| **Message ID** | d0986588f09cd29ec7e86e9dfd9af47a |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | mn0f117 | | |
| **Name** | NICOLE ALBERTS | **Phone Number** | 8008592125 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

Confidential- Subject to Protective Order                                                                              BCBSMT_0580

Confidential- Subject to Protective Order

BCBSMT_0581

Mark as Finished

# General Inquiry Summary

**Plan Details**

| | | | |
|---|---|---|---|
| **Message ID** | 51ef55c70ac6f3304f9ca8814 aaf72ab | **Claims SCCF Number** | 72520231871321500 |
| **Date Of Service** | 06/27/2023 - 06/27/2023 | **Originating Plan Code/Station Code** | 751/ MTNA |
| **Host Plan Control #** | 22712730795 | **Destination Plan Code/Station Code** | 725/ SPHA |
| **Processing Site Control #** | | | |

**Subscriber Information**

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Subscriber ID** | MVA826750411 |
| **Middle Name** | | **Subscriber Group #** | |
| **Last Name** | RUTHERFORD | | |

**Patient Information**

| | | | |
|---|---|---|---|
| **First Name** | JOHNNY | **Gender** | M |
| **Middle Name** | | **Date of Birth** | 04/25/1961 |
| **Last Name** | RUTHERFORD | **Relationship To Subscriber** | Self |

**Provider Details**

| | | | |
|---|---|---|---|
| **Provider Name** | MAYO CLINIC | **Street Address** | 200 1ST ST SW |
| **BCBS Provider Number** | 003205742 | **City** | ROCHESTER |
| **National Provider ID** | 1922074434 | **State or Province** | MN |
| **Federal Tax ID** | 416011702 | **ZIP or Postal Code** | 55905 |
| | | **Country** | US |

**General Inquiry Request**

| | |
|---|---|
| **Resubmission** | No |
| **Comments** | cont.. 2 despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function. |
| **Message Status Code** | Processed |
| **Create Date** | 08/31/2023 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | U326648 | | |
| **Name** | HCSC | **Phone Number** | 8007172695 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**General Inquiry Update History**

**General Inquiry Response**

| | |
|---|---|
| **Comments** | Thank you |
| **Action Code** | 102 - Explanation Given (valid on Adjudication & Payment Suspense Reply only) |
| **Message Status Code** | Processed |
| **Create Date** | 09/01/2023 |
| **Message ID** | 2620c6043c411029db7310dffa3974c5 |
| **Release Number** | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| **User Id** | mn0f117 | | |
| **Name** | NICOLE ALBERTS | **Phone Number** | 8008592125 |
| **Street Address** | | **Extension** | |
| **City** | | **State Or Province** | |
| **ZIP Or Postal Code** | | **Country** | US |

**State History**

Confidential- Subject to Protective Order

BCBSMT_0582



## General Inquiry Summary

☐ Mark as Finished

▸ Plan Details
▸ Subscriber Information
▸ Patient Information
▸ Provider Details
▾ General Inquiry Request

| | |
|---|---|
| Resubmission | No |
| Comments | Can provider be informed of the following? Entire claim to be denied as associated to the main procedures. 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compress on as documented by MRI, consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists cont ... |
| Message Status Code | Processed |
| Create Date | 08/31/2023 |
| Release Number | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| User Id | J326648 | | |
| Name | HCSC | Phone Number | 8007172695 |
| Street Address | | Extension | |
| City | | State Or Province | |
| ZIP Or Postal Code | | Country | US |

View Remote Message State

▸ General Inquiry Update History
▾ General Inquiry Response

| | |
|---|---|
| Comments | Thank you for this information. Provider will need to submit an appeal if they need to question the claim denial or an adjustment to correct. Thank You NLA |
| Action Code | 102 - Explanation Given (valid on Adjudication & Payment Suspense Recip only) |
| Message Status Code | Processed |
| Create Date | 09-01-2023 |
| Message ID | d9fd689856de515b0c8e5b965458f3f0 |
| Release Number | 23.0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| User Id | mn0f117 | | |
| Name | NICOLE ALBERTS | Phone Number | 8009592125 |
| Street Address | | Extension | |
| City | | State Or Province | |
| ZIP Or Postal Code | | Country | US |

Confidential- Subject to Protective Order



**General Inquiry Summary**

⧉ Mark as Finished

› Plan Details
› Subscriber Information
› Patient Information
› Provider Details
▾ General Inquiry Request
- **Resubmission** No
- **Comments** cont. 2 despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function.
- **Message Status Code** Processed
- **Create Date** 08/31/2023
- **Release Number** 23.0

Contact On Receipt Details
- **User Id** J326648
- **Name** HCSC
- **Street Address**
- **City**
- **ZIP Or Postal Code**

- **Phone Number** 8007172695
- **Extension**
- **State Or Province**
- **Country** US

View Remote Message State
› General Inquiry Update History
▾ General Inquiry Response

- **Comments** Thank you

- **Action Code** 102 - Explanation Given  valid on Adjudication & Payment Suspense Reply only y)
- **Message Status Code** Processed
- **Create Date** 09/01/2023
- **Message ID** 19a46fb342fc503531eb7ff9c00d5ce5
- **Release Number** 23.0

Contact On Receipt Details
- **User Id** mn0f117
- **Name** NICOLE ALBERTS
- **Street Address**
- **City**
- **ZIP Or Postal Code**

- **Phone Number** 8003592125
- **Extension**
- **State Or Province**
- **Country** US

Confidential- Subject to Protective Order



## General Inquiry Summary

☐ Mark as Finished

**Plan Details**

| | | | |
|---|---|---|---|
| Message ID | 9f65d438bc110921e76e3f73 891c81a1 | Claims SCCF Number | 72520231680247800 |
| Date Of Service | 06/27/2023 - 06/27/2023 | Originating Plan Code/Station Code | 751 MTNA |
| Host Plan Control # | 22712774076 | Destination Plan Code/Station Code | 725 SPHA |
| Processing Site Control # | | | |

**Subscriber Information**

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Subscriber ID | YVA92675041 |
| Middle Name | | Subscriber Group # | |
| Last Name | RUTHERFORD | | |

**Patient Information**

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Gender | M |
| Middle Name | | Date of Birth | 04/25/1961 |
| Last Name | RUTHERFORD | Relationship To Subscriber | Self |

**Provider Details**

| | | | |
|---|---|---|---|
| Provider Name | MAYO CLINIC HOSPITAL ROCHESTER | Street Address | 1216 2ND ST SW |
| BCBS Provider Number | 003200795 | City | ROCHESTER |
| National Provider ID | 1841286194 | State or Province | MN |
| Federal Tax ID | 410944601 | ZIP or Postal Code | 55902 |
| | | Country | US |

**General Inquiry Request**

Resubmission  No

Comments  Can provider be informed of the following? Entire claim to be denied as associated to the main procedures. 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit 22551, 22552, 22845 and 22853 does not meet criteria SURG712.04? As NMN, as no documentation to support radiographic evidence of cervical nerve root compress or (as documented by MRI) consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists cont...

Message Status Code  Processed

Create Date  08/22/2023

Release Number  23.0

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| User Id | J326648 | Phone Number | 8007172695 |
| Name | HCSC | Extension | |
| Street Address | | State Or Province | |
| City | | Country | US |
| ZIP Or Postal Code | | | |

[ View Remote Message State ]

▸ General Inquiry Update History

▾ General Inquiry Response

Confidential- Subject to Protective Order

▸ General Inquiry Update History

▾ General Inquiry Response

| | |
|---|---|
| Comments | Thank you for this information. Provider will need to submit an appeal if they need to question the claim denial or an adjustment to correct. Thank You. NLA |
| Action Code | 102 - Explanation Given, valid on Adjudication & Payment Suspense Reply only |
| Message Status Code | Processed |
| Create Date | 08/23/2023 |
| Message ID | 1813ed4c0e9aa8c0d1b675b458070402 |
| Release Number | 23.0 |

Contact On Receipt Details

| | | | |
|---|---|---|---|
| User Id | mn0f717 | | |
| Name | NICOLE ALBERTS | Phone Number | 8003592125 |
| Street Address | | Extension | |
| City | | State Or Province | |
| ZIP Or Postal Code | | Country | US |

▸ State History

Confidential- Subject to Protective Order

**Informational Message Summary**  ☒

**▾ Plan Details**

| | | | |
|---|---|---|---|
| Message ID | 94c275b9340695565b09f2a 2·5248271 | Claims SCCF Number | 72520231880247800 |
| Date Of Service | 06/27/2023 - 06/27/2023 | Originating Plan Code/Station Code | 751·MTNA |
| Host Plan Control # | 22712774078 | Destination Plan Code/Station Code | 725· SFHA |
| Processing Site Control # | | | |

**▾ Subscriber Details**

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Subscriber ID | VVA32675041· |
| Middle Name | | Subscriber Group # | |
| Last Name | RUTHERFORD | Medical Record # | |

**▾ Patient Details**

| | | | |
|---|---|---|---|
| First Name | JOHNNY | Gender | V |
| Middle Name | | Date of Birth | 04/25/·96· |
| Last Name | RUTHERFORD | Relationship To Subscriber | Self |

**▾ Provider Details**

| | | | |
|---|---|---|---|
| Provider Name | MAYO CLINIC HOSPITAL ROCHESTER | Street Address | 12·6 2ND ST SW |
| BCBS Provider Number | 003206795 | City | ROCHESTER |
| National Provider ID | 1841256194 | State or Province | VN |
| Federal Tax ID | 4·0944601 | ZIP or Postal Code | 55902 |
| | | Country | US |

**▾ Informational Message Details**

| | |
|---|---|
| Comments | Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853 and 22845 as NMN. Per Medical Records Unit, 2255·, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression, as documented by MRI, consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progres |
| Message Status Code | Processed |
| Create Date | 06/22/2023 |
| Release Number | 23·0 |

**Contact On Receipt Details**

| | | | |
|---|---|---|---|
| User Id | J326648 | Phone Number | 8007172695 |
| Name | HCSC | Extension | |
| Street Address | | State Or Province | |
| City | | Country | US |
| ZIP Or Postal Code | | | |

[ View Remote Message State ]

▸ State History

Confidential- Subject to Protective Order

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  1/012  Fax Server
23199900002 30241 ITSHOST ITSMEDR NAAN 7/7/2023 11:01:48 AM CDT  PAGE  4/007  Fax Server
BCBSMN

 

**BlueCross BlueShield**
Minnesota

*Blue Cross® and Blue Shield® of Minnesota and Blue Plus® are nonprofit independent licensees of the Blue Cross and Blue Shield Association.*
PO Box 64560  St. Paul, MN  55164-0560

July 6, 2023

MAYO CLINIC
PO BOX 1658
MINNEAPOLIS MN 55480-1658

Dear Provider:

## MEDICAL RECORDS REQUEST

We have a request for additional information for the patient identified below.

| | | | |
|---|---|---|---|
| Patient Name: | Johnny Rutherford | Date of Service: | June 26, 2023 |
| SCCF Number: | 72520231792087100 | Claim Number: | 22712217950 |
| Patient Date of Birth: | April 25, 1961 | Member ID: | |
| Patient Acct Number: | MP1779732680 | Charge: | $160.00 |

Please provide us with the following information within 10 days.  If date(s) are indicated, please provide records for the specific date(s) noted.

Patient History and Physical with current treatment plan that includes    06/26/2023 - 06/26/2023 indication for services, testing, and/or procedures Procedure report for DOS

You can return the requested information by **FAXING** to 1-866-251-6745 along with the **original letter. Please use this letter as your fax cover sheet,** as it is needed to handle the records efficiently.

When the number of pages you must provide is excessive, please mail the records requested along with the **original letter** to the following address:  BlueCard Host, Route S-201, Blue Cross Blue Shield of Minnesota, P.O. Box 64560, St. Paul, MN  55164.

It is not necessary to fax and mail the requested information; however, faxing is preferred as it reduces processing time.

Regardless of which method you use, always attach the **original** letter as the cover sheet.  This letter is needed to handle the records efficiently.

RC14                22712217950                (OT)



195592902                Page 1 of 2

Confidential- Subject to Protective Order

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  2/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



MAYO
CLINIC

PAGE 2 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

**06/26/2023 - CT Spine Imaging Exam in Department of Radiology, Gonda Building, in Rochester, Minnesota**

**Reason for Visit**

Visit diagnoses:
- Stenosis Spinal Cervical [M48.02]
- Preoperative Exam [Z01.818]

**Imaging**

Imaging

**CT Cervical Spine without IV Contrast [2223228469142] (Final result)**

| CT Cervical Spine without IV Contrast [2223228469142] | Resulted: 06/26/23 1708, Result status: Final result |
|---|---|
| Ordering provider: Sebastian, Arjun S. M.D. 06/26/23 1339 | Order status: Completed |
| Resulted by | Filed by: Interface, Mc In Orm_Oru Ps360 Radiology Generic |
| McDonald, Robert J. M.D., Ph.D. | 609327  06/26/23 1711 |
| Madhavan, Ajay A. M.D. | |
| Performed: 06/26/23 1409 - 06/26/23 1437 | Accession number: 40299865 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM: CT CERVICAL SPINE WITHOUT IV CONTRAST

COMPARISON: Cervical spine MRI 04/11/2023

FINDINGS: Reversal of the cervical lordosis. Interspace narrowing and prominent posterior disc osteophyte complex at C5-C6. Multilevel facet/uncovertebral hypertrophy resulting in varying degrees of neural foraminal narrowing, which is advanced at C5-C6 on the right, moderate at C3-C4 on the right, and less substantial elsewhere. Overall, spinal canal stenosis is mild to moderate at C5-C6 and less substantial elsewhere. Inferiorly projecting left thyroid nodule measuring up to 15 mm.

Impression:
1. Spondylotic changes and effects as detailed, most prominent at C5-C6.
2. 15 mm left thyroid nodule. Consider thyroid ultrasound for further evaluation if clinically warranted.
Acknowledged by: Bahm, Shianne M, R.N. on 06/27/23 0758

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 06/03/16 1055 - Present |

**Indications**

Stenosis Spinal Cervical [M48.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

**Signed**

Electronically signed by Madhavan, Ajay A, M.D. on 6/26/23 at 1708 CDT

**All Reviewers List**

Bahm, Shianne M, R.N. on 6/27/2023 07:58

Confidential- Subject to Protective Order

BCBSMT_1069

Mayo Clinic Fax 008 2319990000223 6:01:32 AM CDT  PAGE  3/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Visit date: 6/26/2023



# MAYO CLINIC

---

**06/26/2023 - Office Visit in Department of Orthopedic Surgery in Rochester, Minnesota**

**Reason for Visit**

Visit diagnosis: Fusion Cervical Spine Status Post [Z98.1]

**Progress Notes**

Progress Notes

Progress Notes signed by Sebastian, Arjun S, M.D. at 6/28/2023 6:26 AM

Author: Sebastian, Arjun S, M.D.   Service: ORS (Orthopedic Surgery)   Author Type: Physician
Filed: 6/28/2023 6:26 AM   Encounter Date: 6/28/2023   Status: Signed
Editor: Sebastian, Arjun S, M.D. (Physician)

SUBJECTIVE

**HISTORY OF PRESENT ILLNESS**
Patient returns to us today. Of note, he is scheduled to undergo an anterior cervical fusion from C5-7 with myself tomorrow. He denies any significant changes in his symptoms since our last visit. He denies any new red flag symptoms. He continues to have fairly significant right greater than left cervical radiculopathy.

OBJECTIVE

**PHYSICAL EXAMINATION**
Neurologic:  He is neurologically unchanged since our last visit.

**DIAGNOSTICS**
I reviewed the patient's imaging, including x-rays, MRI, and CT scan of the cervical spine. The patient does have advanced spondylosis at the C5-6 level, moderate degenerative changes at C6-7. Associated with this, he has a large disk osteophyte complex, right greater than left, at C5-6 causing neuroforaminal stenosis and extruded soft disk herniation on the right side at C6-7, causing significant compression. He has minimal stenosis proximally and distally to these levels.

ASSESSMENT / PLAN
#1 Neck and right greater than left upper extremity pain with numbness, tingling, and weakness
#2 Progressive cervical radiculopathy
#3 Disk osteophyte complexes with foraminal stenosis C5-6, C6-7
At this time, I had a long discussion with the patient regarding options for treatment, including continued nonoperative measures, operative intervention. I did discuss if we were to consider an operative intervention in my hands, this would entail an anterior cervical fusion from C5-7. I did discuss the rationale for the approach as well as the primary goal of surgery, which would be to improve his upper extremity symptoms and improve his radiculopathy symptoms. I did discuss his symptoms may be no better or worse with surgical intervention. We did review the risks of surgery, including risk of surgical site infection, spinal fluid leak, neurologic injury, instrumentation issues, adjacent segment issues, bleeding, anesthetic complications, and perioperative medical complications. After a long discussion of risks, benefits, and alternatives, the patient wished to proceed with surgery. Informed consent was obtained and signed. All questions were answered.

Arjun S. Sebastian, M.D.
DD: 06/27/2023 16:19:46 CT
DT: 06/27/2023 16:38:44 CT

Printed on 7/18/23  5:55 AM                                   Page 2

Confidential- Subject to Protective Order                                BCBSMT_1070

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  4/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Visit date: 6/26/2023



06/26/2023 - Office Visit in Department of Orthopedic Surgery in Rochester, Minnesota (continued)

Progress Notes (continued)

Job ID: 997840379/ssr

Electronically Signed by Sebastian, Arjun S, M.D. on 6/26/2023  6:26 AM

Confidential- Subject to Protective Order                                                    BCBSMT_1071

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  5/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



**06/26/2023 - Bone Density Imaging Exam in Department of Radiology, Gonda Building, in Rochester, Minnesota**

**Reason for Visit**

Visit diagnoses:
- Stenosis Spinal Cervical [M48.02]
- Preoperative Exam [Z01.818]

**Imaging**

**Imaging**

**BMD Bone Density Spine Hips [2223228469129] (Final result)**

| BMD Bone Density Spine Hips [2223228469129] | Resulted: 06/26/23 1429, Result status: Final result |
|---|---|
| Ordering provider: Sebastian, Arjun S. M.D. 06/26/23 1158 | Order status: Completed |
| Resulted by: Bach, Corrie R. M.D. | Filed by: Interface, Mc In Orm_Oru Ps360 Radiology Generic |
| | 608527 06/26/23 1432 |
| Performed: 06/26/23 1228 - 06/26/23 1315 | Accession number: 40299920 |
| Resulting lab: POWERSCRIBE360 | |
| Narrative: | |

EXAM: BMD BONE DENSITY SPINE HIPS

Bone Mineral Density (BMD) analysis performed on GE Lunar iDXA with serial number ME+210440.

FINDINGS.
Left Hip:

Femur Neck: BMD = 0.924 g/cm2
T-score = -0.6   Z-score = -0.3

Total Hip: BMD = 0.977 g/cm2
T-score = -0.2   Z-score = -0.5

Right Hip:

Femur Neck: BMD = 0.905 g/cm2
T-score = -1.0   Z-score = -0.4

Total Hip: BMD = 0.966 g/cm2
T-score = -0.2   Z-score = -0.4

Lumbar Spine:

L1: BMD = 1.143 g/cm2
L2: BMD = 1.229 g/cm2
L3: BMD = 1.317 g/cm2
L4: BMD = 1.326 g/cm2

Total Lumbar Spine (L1-L4): BMD = 1.262 g/cm2
T-score = 0.5   Z-score = 0.4

Trabecular Bone Score:
L1-L4: TBS = 1.317

< 1.23: low
1.23 -1.31: borderline
> 1.31: normal

A low TBS has been associated with increased risk of fractures in certain populations. TBS should

PAGE 5 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                                                    BCBSMT_1072

Mayo Clinic Fax 008 2319990000223 6:01:32 AM CDT  PAGE   6/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023


MAYO CLINIC

---

**06/26/2023 - Bone Density Imaging Exam in Department of Radiology, Gonda Building, in Rochester, Minnesota (continued)**

Imaging (continued)

not be used alone to determine treatment recommendations. It can be used in conjunction with BMD and FRAX to inform management.

Please note: A more comprehensive DXA report, including images and graphs, is available in QREADS.

In the absence of other causes of low BMD or demonstrated skeletal fragility, osteoporosis may be diagnosed in post-menopausal women and men at or above age 50 when the T-score is at or below -2.5 as defined by the WHO. Low bone density is present at T-scores between -1 and -2.5. The diagnosis in pre-menopausal women and men < age 50 can be based on low bone density or evidence of skeletal fragility in the appropriate clinical setting.

Patient does not meet ISCD guidelines for FRAX calculations. (T-score)
Degenerative changes are present which may spuriously elevate the spine BMD measurement.

Impression:
Normal bone mineral density.
Acknowledged by: Bahm, Shianne M, R.N. on 06/27/23 0758

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 06/03/16 1055 - Present |

**Indications**

Stenosis Spinal Cervical [M48.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

**Signed**

Electronically signed by Bach, Corrie R, M.D. on 6/26/23 at 1429 CDT

**All Reviewers List**

Bahm, Shianne M, R.N. on 6/27/2023 07:58

PAGE 6 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

---

Confidential- Subject to Protective Order                                                                BCBSMT_1073

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE   7/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



## 06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota

### Reason for Visit

Visit diagnoses:
- Stenosis Spinal Cervical [M48.02]
- Preoperative Exam [Z01.818]

### Labs

#### Lab

**Basic Metabolic Panel [2223228227311] (Final result)**

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| I926015460.1 | Blood | Blood, Venous | 06/26/23 1112 |

Basic Metabolic Panel [2223228227311] (Abnormal)                     Resulted: 06/26/23 1215  Result status: Final result

Ordering provider: Sebastian, Arjun S. M.D. 06/26/23 1101     Order status: Completed
Filed by: Interface, Mc In Crm_Oru Soft Lab 2 609319           Collected by: 06/26/23 1112
06/26/23 1215
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Bahm, Shianne M, R.N. on 06/26/23 1225

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.3 | 3.6 - 5.2 mmol/L | — | MCR |
| Sodium, S | 142 | 135 - 145 mmol/L | — | MCR |
| Chloride, S | 105 | 98 - 107 mmol/L | — | MCR |
| Bicarbonate, S | 26 | 22 - 29 mmol/L | — | MCR |
| Anion Gap | 11 | 7 - 15 | — | MCR |
| BUN (Blood Urea Nitrogen), S | 21 | 8 - 24 mg/dL | — | MCR |
| Creatinine | 1.37 | 0.74 - 1.35 mg/dL | H ^ | MCR |
| Estimated GFR (eGFR) | 58 | >=60 mL/min/BSA | L ˅ | MCR |

Comment: Estimated GFR calculated using the 2021
CKD_EPI creatinine equation

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.3 | 8.8 - 10.2 mg/dL | — | MCR |
| Glucose, S | 65 | 70 - 140 mg/dL | — | MCR |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - MCR | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

### Indications

Stenosis Spinal Cervical [M48.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

### All Reviewers List

PAGE 7 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                                            BCBSMT_1074

Mayo Clinic Fax 008 2319990000223 6:01:32 AM CDT   PAGE   8/012   Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



PAGE 8 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

**06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

Labs (continued)

Bahm, Shianne M, R.N. on 6/28/2023 11:12
Bahm, Shianne M, R.N. on 6/27/2023 07:54
Bahm, Shianne M, R.N. on 6/26/2023 12:25

**Basic Metabolic Panel [2223228227311]**

Electronically signed by: **Sebastian, Arjun S, M.D. on 06/07/23 1128**                     Status: **Completed**
Mode: Ordering in Verbal mode                               Communicated by: Bahm, Shianne M, R.N.
This order may be acted on in another encounter.
Ordering user: Bahm, Shianne M, R.N. 06/06/23 1455        Ordering provider: Sebastian, Arjun S, M.D.
Authorized by: Sebastian, Arjun S, M.D.
Diagnoses
Stenosis Spinal Cervical [M48.02]
Preoperative Exam [Z01.818]

Questionnaire

| Question | Answer |
|---|---|
| Region: | Rochester Region |

Start Date: 06/26/23 1101                                   End Date: 6/26/2023

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 06/26/23 1112 |

**Basic Metabolic Panel: Patient Communication**

✍ Released                                        ✅ Seen

**CBC with Differential, Blood [2223228227313] (Final result)**

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| iS26015480.2 | Blood | Blood, Venous | 06/26/23 1112 |

**CBC with Differential, Blood [2223228227313]**                Resulted: 06/26/23 1144, Result status: Final result

Ordering provider: Sebastian, Arjun S, M.D. 06/26/23 1101    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319          Collected by: 06/26/23 1112
06/26/23 1144
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Bahm, Shianne M, R.N. on 06/26/23 1225

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 15.7 | 13.2 - 16.6 g/dL | — | MCR |
| Hematocrit | 45.9 | 38.3 - 48.6 % | — | MCR |
| Erythrocytes | 4.89 | 4.35 - 5.65 x10(12)/L | — | MCR |
| MCV | 93.9 | 78.2 - 97.9 fL | — | MCR |
| RBC Distrib Width | 13.6 | 11.8 - 14.5 % | — | MCR |
| Platelet Count | 252 | 135 - 317 x10(9)/L | — | MCR |

Confidential- Subject to Protective Order                                      BCBSMT_1075

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  9/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-316, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



**06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Leukocytes | 8.2 | 3.4 - 9.6 x10(9)/L | ---- | | MCR |
| Neutrophils | 4.84 | 1.56 - 6.45 x10(9)/L | | — | MCR |
| Lymphocytes | 2.39 | 0.95 - 3.07 x10(9)/L | | — | MCR |
| Monocytes | 0.70 | 0.26 - 0.81 x10(9)/L | | — | MCR |
| Eosinophils | 0.21 | 0.03 - 0.48 x10(9)/L | | — | MCR |
| Basophils | 0.06 | 0.01 - 0.08 x10(9)/L | | — | MCR |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - MCR | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

Indications
Stenosis Spinal Cervical [M48.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

All Reviewers List
Bahm, Shianne M, R.N. on 6/28/2023 11:12
Bahm, Shianne M, R.N. on 6/27/2023 07:54
Bahm, Shianne M, R.N. on 6/26/2023 12:25

**CBC with Differential, Blood [2223228227313]**
Electronically signed by: **Sebastian, Arjun S, M.D. on 06/07/23 1128**                                                      Status: **Completed**
Mode: Ordering in Verbal mode                                    Communicated by: Bahm, Shianne M, R.N.
This order may be acted on in another encounter.
Ordering user: Bahm, Shianne M, R.N. 06/06/23 1455          Ordering provider: Sebastian, Arjun S, M.D.
Authorized by: Sebastian, Arjun S, M.D.
Diagnoses
Stenosis Spinal Cervical [M48.02]
Preoperative Exam [Z01.818]
Questionnaire

| Question | Answer |
|---|---|
| Region | Rochester Region |

Start Date: 06/26/23 1101                                    End Date: 6/26/2023
Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 06/26/23 1112 |

CBC with Differential, Blood: Patient Communication

PAGE 9 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                                                                   BCBSMT_1076

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  10/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



MAYO CLINIC

**06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)**

Labs (continued)

Released          Seen

**Type and Screen (with Reflex Antibody ID) [2223228227315] (Final result)**

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| I926015481:4 | Blood | Blood, Venous | 06/26/23 1112 |

**Type and Screen (with Reflex Antibody ID) [2223228227315]**    Resulted: 06/28/23 1604, Result status: Final result

Ordering provider: Sebastian, Arjun S, M.D.  06/28/23 1101        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319            Collected by: 06/26/23 1112
06/28/23 1604
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by: Bahm, Shianne M, R.N. on 06/27/23 0754

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABORh | O Pos | Not applicable | — | MCR |
| Antibody Screen | Negative | Negative | — | MCR |
| Type & Screen Expiration | 08/24/2023 23:59 | — | — | MCR |
| Testing Location | Rochester | — | — | MCR |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - MCR | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1504 - Present |

Indications

Stenosis Spinal Cervical [M48.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

All Reviewers List

Bahm, Shianne M, R.N. on 6/28/2023 11:12
Bahm, Shianne M, R.N. on 6/27/2023 07:54
Bahm, Shianne M, R.N. on 6/26/2023 12:25

**Type and Screen (with Reflex Antibody ID) [2223228227315]**

Electronically signed by: **Sebastian, Arjun S, M.D. on 06/07/23 1128**        Status: **Completed**
Mode: Ordering in Verbal mode                        Communicated by: Bahm, Shianne M, R.N.
This order may be acted on in another encounter.
Ordering user: Bahm, Shianne M, R.N. 06/06/23 1455        Ordering provider: Sebastian, Arjun S, M.D.
Authorized by: Sebastian, Arjun S, M.D.
Diagnoses
Stenosis Spinal Cervical [M48.02]

PAGE 10 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                              BCBSMT_1077

Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT  PAGE  11/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N



Rutherford, John C.
MRN: 7-337-316, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



# MAYO CLINIC

---

## 06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

**Labs (continued)**

Preoperative Exam [Z01.818]

### Questionnaire

| Question | Answer |
|---|---|
| Draw Type and Screen for: | Surgery within next 4-56 days |
| Patient has history of blood transfusion within the past three months: | No |
| Select the surgery location from the list: | MCR - Rochester, MN |

Start Date: 06/26/23 1101                                End Date: 6/26/2023

### Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 06/26/23 1112 |

**Type and Screen (with Reflex Antibody ID): Patient Communication**

☑ Released                                                ☑ Seen

---

### 25-Hydroxyvitamin D2 and D3 [2223228227317] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| I926015460.3 | Blood | Blood, Venous | 06/26/23 1112 |

25-Hydroxyvitamin D2 and D3 [2223228227317] (Abnormal)          Resulted: 06/27/23 1612, Result status: Final result

Ordering provider: Sebastian, Arjun S. M.D. 06/26/23 1101        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Soft Lab 2 609319             Collected by: 06/26/23 1112
06/27/23 1612
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Bahm, Shianne M, R.N. on 06/28/23 1112

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| 25-Hydroxy D2 | <4.0 | ng/mL | ---- | SDSC |
| 25-Hydroxy D3 | 14 | ng/mL | ---- | SDSC |
| 25-Hydroxy D Total | 14 | ng/mL | L | SDSC |

Comment
Interpretation: 10-19 ng/mL (mild to moderate deficiency)

----REFERENCE VALUE----
25-HYDROXY D TOTAL (D2+D3) Optimum levels in the healthy
population are 20-50, patients with bone disease may
benefit from higher levels within this range.

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

PAGE 11 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745  FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                                                   BCBSMT_1078



Mayo Clinic Fax 008 23199900002 23 6:01:32 AM CDT   PAGE  12/012  Fax Server
2319903CO30241 ITSHOST ITSMEDR NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/26/2023, D/C: 6/26/2023



### 06/26/2023 - Blood Test in Department of Laboratory Medicine and Pathology, Hilton Building, in Rochester, Minnesota (continued)

Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 10/04/21 1524 - Present |

**Indications**

Stenosis Spinal Cervical [M46.02 (ICD-10-CM)]
Preoperative Exam [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Bahm, Shianne M, R.N. on 6/26/2023 11:12

**25-Hydroxyvitamin D2 and D3 [2223228227317]**

Electronically signed by: **Sebastian, Arjun S, M.D. on 06/07/23 1128**                    Status: **Completed**
Mode: Ordering in Verbal mode                                    Communicated by: Bahm, Shianne M, R.N.
This order may be acted on in another encounter.
Ordering user: Bahm, Shianne M, R.N. 06/06/23 1455                Ordering provider: Sebastian, Arjun S, M.D.
Authorized by: Sebastian, Arjun S, M.D.
Diagnoses:
Stenosis Spinal Cervical [M46.02]
Preoperative Exam [Z01.818]

Questionnaire

| Question | Answer |
|---|---|
| Region | Rochester Region |

Start Date: 06/26/23 1101                                        End Date: 6/26/2023

Specimen Information

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood, Venous | 06/26/23 1112 |

**25-Hydroxyvitamin D2 and D3: Patient Communication**

☒ Released                                    ☒ Not seen

PAGE 12 of 12 RECEIVED ON 7/18/2023 6:01:32 AM [Central Daylight Time]  AT 56745   FaxID: 56764B62D0E0A82

Confidential- Subject to Protective Order                                        BCBSMT_1079

Mayo Clinic Fax 108 2318206678 10:05:03 AM CDT  PAGE  1/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N





**Administrative**
**Uniformity**
**Committee**

## Uniform COVER SHEET
## For Health Care Claim Attachments
NOTE: To maximize use of this form, use of Microsoft Word version
2003 or later is recommended

*Select appropriate payer/group purchaser from the drop-down list or fill-in the "Other" option*

**TO:**   **BCBS (Commercial, CCStpa, BlueLink) (800-793-6928)**

**Other fax #:** (Type payer/group purchaser name and fax # if not in drop-down list)
**Name: Mayo Clinic**
**Fax #:**

Tab or use your arrow keys to navigate to the next or previous text field.
For specific field directions refer to the
Instructions

| Field | Value |
|---|---|
| Attachment Control Number: | 165151273 |
| Billing Provider ID #: | 1922074434 |
| Billing Provider Name: | MAYO CLINIC ROCHESTER |
| Patient ID #: | MVA826750411 |

Patient Name:

| RUTHERFORD | JOHNNY | C |
|---|---|---|
| (Last) | (First) | (Middle) |

| Field | Value |
|---|---|
| Property and Casualty Claim #: | MP1780707870 |
| Attachment Send Date: | 06/30/2023 |
| Total Number of Pages: | 19 |
| Contact Name/Phone #: | Patient Account Services 1-844-217-9591 |

Disclaimer:

PAGE 1 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                                    BCBSMT_1092

Mayo Clinic Fax 108 23782000678 10:05:03 AM CDT PAGE 2/019 Fax Server
2318203CO30423 ITSHOST CLMATT NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Visit date: 6/27/2023

# MAYO CLINIC

---

## 06/27/2023 - Ancillary Procedure in Department of Neurology

### Imaging

#### Imaging

**Non-Radiology Image-Neurology Image Exam [2223229164279] (Final result)**

Electronically signed by: **Interface, Mc In Orm Cpoe From Iims 609375 on 06/27/23**                     Status: **Completed**
**0926**
This order may be acted on in another encounter.
Ordering user: Interface, Mc In Orm Cpoe From Iims 609375                 Authorized by: System, Provider Not In
06/27/23 0926
Ordering mode: Standard
Frequency: Routine 06/27/23 -                                             Class: Normal
Quantity: 1                                                               Lab status: Final result
Instance released by: Silent, Scheduling (auto-released) 6/27/2023 11:11 AM

**Provider Details**

| Provider | NPI |
|---|---|
| System, Provider Not In | — |

**Questionnaire**

| Question | Answer |
|---|---|
| Outside Study Description | Non-Radiology Image |
| External Exam Date | 6/27/2023 |
| External Exam Time | 9:26 AM |
| Image Index Location | IIMSMN |

**Non-Radiology Image-Neurology Image Exam [2223229164279]**         Resulted: 06/27/23 1111, Result status: Final result
Order status: Completed                                              Filed by: Silent, Scheduling 06/27/23 1111
Performed: 06/27/23 0930 - 06/27/23 0930                             Accession number: IIMS70684085
Resulting lab: IIMS
Narrative:
This order has been created and auto-finalized to support the import of
images acquired without order. The clinical documentation to support these
images can be found on the encounter that produced images.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 408 - IIMS | IIMS | Unknown | NA | 07/08/17 0605 - Present |

---

PAGE 2 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                                          BCBSMT_1093

Mayo Clinic Fax 108 23782006078̶8 10:05:03 AM CDT PAGE 3/019 Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



MAYO
CLINIC

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023**

Non-Therapy Notes

Brief Op Note

**Goh, Brian C, M.D., Ph.D. at 6/27/2023 0823**

| | | |
|---|---|---|
| Author: Goh, Brian C, M.D., Ph.D. | Service: ORS (Orthopedic Surgery) | Author Type: Fellow |
| Filed: 6/27/2023  3:20 PM | Date of Service: 6/27/2023  8.23 AM | Status: Signed |
| Editor: Goh, Brian C, M.D., Ph.D. (Fellow) | | |

**Orthopedic Spine Surgery Brief Op Note**

Name: John C. Rutherford
MRN: 7-337-318
Date: 06/27/23

Preoperative diagnosis: Pre-Op Diagnosis Codes:
  * Stenosis Spinal Cervical [M48.02]
Postoperative diagnosis: same
Procedure: Procedure(s):
FUSION SPINE ANTERIOR CERVICAL C5-7.

Surgeon:
Primary: Sebastian, Arjun S, M.D.
First Assistant: Goh, Brian C, M.D., Ph.D.

Findings: as dictated
EBL: per report
I/Os: Please see Anesthesia record
Specimens: none
Complications: none

**Rutherford / 7-337-318**
62 y.o. male now s/p C5-C7 ACDF (Sebastian, 06/27/23)

PLAN
- Activity: As tolerated. Physical therapy to mobilize. Soft cervical collar., Chair TID, Ambulate x 4
- Antibiotics: Perioperative cefazolin
- Blood: Hemodynamically stable; currently asymptomatic.
- Cultures: None.
- Diet: Mechanical soft and thickened liquids to start and advance with flatus
- Drains: Hvac x 1 All drains to bulb suction. Remove when output < 50cc per shift
- DVT Prophylaxis: SCD's and early mobilization.  **No DVT chemoprophylaxis given spine surgery**
- Pain: Standard, no local anesthetic; NSAIDs Contraindicated
- Urinary: Urinary catheter in place and remove POD1
- Imaging: Upright XRs prior to discharge
- Disposition: Anticipate discharge to home.

Active Issues

| | | | |
|---|---|---|---|
| 6/29/2023 11:24 AM CDT | User:    156 | Release ID: 315204391 | Page  2 |

PAGE 3 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time] AT 58100 FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

Mayo Clinic Fax 108 23782006578B 10:05:03 AM CDT  PAGE   4/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



---

### 06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)

**Non-Therapy Notes (continued)**

\# Drain output/removal
\# Upright XRs prior to discharge
\# Pain Control
\# PT/disposition

*For any questions or concerns from 6 am until 6 pm, please page Sebastian* service.
If outside of 06:00 - 18:00 on weekdays or any time on the weekend, please contact the SMH Orthopedic Surgery house resident on call at 127-02429.

Brian C. Goh, MD, PhD
Spine Surgery Fellow
Mayo Clinic Orthopedic Surgery
p127-01436

Electronically signed by Goh, Brian C, M.D., Ph.D. at 6/27/2023 3:20 PM

---

**Hospital Course**

**Chen, Xiao T, M.D. at 6/27/2023 1924**

| Author: Chen, Xiao T, M.D. | Service: — | Author Type: Resident |
|---|---|---|
| Filed: 6/27/2023 7:24 PM | Date of Service: 6/27/2023 7:24 PM | Status: Written |
| Editor: Chen, Xiao T, M.D. (Resident) | | |

Operative Course: Patient was taken to the operating room and underwent the above procedure. Please see Dr. Sebastian's Operative Note for specific or further details. The patient tolerated the procedure without complications. Antibiotics were given in the perioperative period. The patient was transferred from the operating room to the post-anesthesia care unit (PACU) for postoperative monitoring. Mechanical DVT prophylaxis was applied in the perioperative and post operative period.

Postoperative Course: The patient was transferred to the general care floor in stable condition.  The patient's pain was initially managed with intravenous pain medication. Eventually, this was gradually switched to oral pain medications with excellent effect as the patient's diet was advanced as tolerated. Physical therapy and occupational therapy were consulted for assistance with mobilization. The remainder of the hospital course was uncomplicated.

When the patient's pain was well controlled with oral medication, they were toileting and mobilizing appropriately, and they were tolerating a regular diet they were dismissed from the hospital. At the time of dismissal, vital signs were stable, a general diet was tolerated, pain was controlled with oral agents and all discharge criteria were met.

This dismissal summary is a document signed by a physician, and is to serve as a prescription for medications administered by a nursing facility, physical therapy, blood draws, lab tests, PICC care, and/or any other items pertinent to the patient's care ordered herein.

---

| 6/29/2023 11:24 AM CDT | User:   156 | Release ID: 315204391 | Page  3 |
|---|---|---|---|

PAGE 4 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Non-Therapy Notes (continued)**

Electronically signed by Chen, Xiao T, M.D. at 6/27/2023  7.24 PM

**Op Note**

**Sebastian, Arjun S, M.D. at 6/27/2023 1150**

| | | |
|---|---|---|
| Author: Sebastian, Arjun S, M.D. | Service: ORS (Orthopedic Surgery) | Author Type: Physician |
| Filed: 6/28/2023  8:36 AM | Date of Service: 6/27/2023 11:50 AM | Status: Signed |
| Editor: Sebastian, Arjun S, M.D. (Physician) | | |

**PRE-OPERATIVE DIAGNOSIS**
1.  Neck and right greater than left upper extremity pain with numbness, tingling, and weakness.
2.  Progressive cervical radiculopathy.
3.  Disk osteophyte complexes with foraminal stenosis C5-6, C6-7.

**POST-OPERATIVE DIAGNOSIS**

1.  Neck and right greater than left upper extremity pain with numbness, tingling, and weakness.
2.  Progressive cervical radiculopathy.
3.  Disk osteophyte complexes with foraminal stenosis C5-6, C6-7.

A first assistant actively participated in one or more of the following: opening, exposure and visualization during the case, maintaining hemostasis, wound closure.

SURGEON:
Arjun S. Sebastian, M.D.

ASSISTANT:
Brian C. Goh, M.D., Ph.D.

INDICATIONS:
Treatment of pain, prevention of neurologic decline.

PROCEDURES:
1.  Neurophysiologic monitoring to include running EMG, SSEP, and MEPs.
2.  Left-sided Smith-Robinson approach to anterior cervical spine.
3.  Anterior cervical diskectomy C5-6, C6-7.
4.  Use of the operating microscope for decompression.
5.  Bilateral anterior cervical foraminotomies C6, C7.
6.  Anterior cervical interbody fusion with application of structural interbody device C5-6, C6-7.
7.  Application of anterior plating system for anterior cervical fusion C5-7.
8.  Application of allograft bone, local autograft, i-FACTOR for anterior cervical fusion C5-7.

ANESTHESIA:
General endotracheal.

| | | | |
|---|---|---|---|
| 6/29/2023 11:24 AM CDT | User:    156 | Release ID: 315204391 | Page  4 |

PAGE 5 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1096

Mayo Clinic Fax 108 2318200657683 10:05:03 AM CDT  PAGE   6/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Non-Therapy Notes (continued)**

---

IMPLANTS:
1.  DePuy Synthes Conduit ACDF spacers.
2.  DePuy Synthes Skyline anterior cervical plating system.

HISTORY OF PRESENT ILLNESS:
Mr. Rutherford is very pleasant 62-year-old gentleman with the above condition. He tried comprehensive nonoperative treatment for management of progressive cervical radiculopathy. As he is failing nonoperative treatments, he is interested in operative intervention. I did discuss in my hands this would entail an anterior cervical decompression and fusion from C5-7. I did discuss the rationale for the approach as well as the primary goal of surgery which would be to improve his upper extremity pain symptoms and radiculopathy. I did discuss that his symptoms may be no better or even worse with surgical intervention. I did review the risks of surgery including risk of surgical site infection, spinal fluid leak, neurologic injury, instrumentation issues, adjacent segment issues, bleeding, anesthetic complications, and perioperative medical complications. I also did discuss the risk of dysphagia and dysphonia associated with approach. After a long discussion of the risks, benefits, and alternatives, the patient wished to proceed with surgery. Informed consent was obtained and signed.

COMPLICATIONS
None.

OPERATIVE NOTE NARRATIVE
The patient was identified in the preoperative holding area by name and clinic number. The anterior cervical spine was then site marked. The patient was then brought to OR 709. General endotracheal anesthesia was induced without complications. The patient was then positioned supine on a Jackson table in standard fashion. Baseline neurophysiologic monitoring was obtained. Postpositioning monitor was obtained which showed no changes from baseline. The anterior cervical spine was then prepped and draped in standard sterile orthopedic fashion. A preprocedural pause was then performed to confirm the correct patient, site, midline nature of the procedure, the procedure itself, as well as administration of preop antibiotics.

Following this, we localized the C6 level with fluoroscopy. Incision was made centered over this in the midline extending to the left-sided medial border of the sternocleidomastoid. Dissection was carried down through skin and subcutaneous tissue down to platysma. Platysma was divided in line with our incision. Subplatysmal flaps were created. We then exploited the interval between the sternocleidomastoid and strap muscles, maintaining a plane medial to the carotid sheath to gain access to the anterior cervical spine and prevertebral fascia. We then divided the prevertebral fascia and elevated the longus colli bilaterally over the C5-6 and C6-7 disk space. A localization film was obtained following placement of our self-retaining retractors with the Caspar pin in the C5 vertebral body. Satisfied with this, we then turned our attention to our diskectomies which were performed in similar fashion at both levels, performing a box annulectomy from uncus to uncus and resecting disk tissue as well as anterior osteophytes with the combination of straight and angled pituitary rongeurs, Kerrison rongeurs, and curettes of various sizes and shapes. Once we reached the posterior aspect of the disk space at both levels, we then starting at the C5-6 level applied distraction with our Caspar pins placed in the vertebral bodies under operating microscope visualization. We then utilized a combination of 3.0 mm matchstick bur and 3.0 diamond bur to perform partial resection of the medial aspect of the uncus as well as the posterior osteophytes down to the posterior longitudinal ligament. We then identified a plane underneath the PLL above the dura and resected this in the midline, extending our decompression out laterally towards the foramen bilaterally. At the C6-7 level, we performed our posterior decompression in similar fashion,

---

6/29/2023 11:24 AM CDT        User:   156        Release ID: 315204391        Page  5

Confidential- Subject to Protective Order

BCBSMT_1097

PAGE 6 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



**MAYO CLINIC**

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Non-Therapy Notes (continued)**

resecting several large fragments of extruded disk herniation on the right side. Once we were satisfied with our decompression at both levels, we then trialed and elected to place 7 mm large footprint spacers from the Conduit set. These were packed with local autograft, allograft bone, and i-FACTOR for our fusion. We then packed it into the disk space under fluoroscopic guidance until they were adequately countersunk. We then contoured and applied a 32 mm 2-level ACDF plate from the Skyline set, placing 18 mm screws through the plate into the C5-6 and 7 bodies with good purchase. Once we were satisfied with this, we then engaged our final locking mechanism and obtained final fluoroscopic images including AP and lateral views which showed satisfactory position of all of our instrumentation. Satisfied with this, we repeated one last motor-evoked potential which showed no change from baseline. We copiously irrigated the wound, ensured hemostasis, carefully checked the esophagus to verify no evidence of esophageal injury, and then closed the wound in anatomic layers following placement of subplatysmal drain. Sterile dressings were applied. A soft cervical collar was applied. The patient was subsequently transferred from the operating table to the hospital bed extubated and noted to be moving all 4 extremities grossly prior to the PACU.

DRAINAGE:
One subfascial JP drain.

POSTPROCEDURAL PLAN:
The patient will be admitted to the General Orthopedic Service for overnight observation. We will begin mobilizing with physical therapy starting today in a soft collar for comfort. We will continue antibiotics and DVT prophylaxis per protocol. I anticipate discharge to home tomorrow morning.

TPR:  3, Instrumentation, decompression, and fusion

Arjun S. Sebastian, M.D.
DD: 06/27/2023 11:50:09 CT
DT: 06/27/2023 12:38:18 CT
Job ID: 997789207/vma

Electronically signed by Sebastian, Arjun S, M.D. at 6/28/2023  8:58 AM

---

**Progress Notes**

**Chen, Xiao T, M.D. at 6/27/2023 1606**

| Author: Chen, Xiao T, M.D. | Service: ORS (Orthopedic Surgery) | Author Type: Resident |
|---|---|---|
| Filed: 6/27/2023  6:50 PM | Date of Service: 6/27/2023  4:06 PM | Status: Signed |
| Editor: Chen, Xiao T, M.D. (Resident) | | |

**Orthopedic Spine Surgery Progress Note**

**Orthopedic Service: Sebastian**
**Hospital Admission Day: 6/27/2023**
**Procedures:**

---

Confidential- Subject to Protective Order                                                          BCBSMT_1098

Mayo Clinic Fax 108 2318200055783 10:05:03 AM CDT  PAGE  8/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



## MAYO CLINIC

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Non-Therapy Notes (continued)**

---

Surgery Information This Encounter

Past and Present Procedures (6/27/2022 to Today)

| Date | Procedures | Providers | Location |
|------|-----------|-----------|----------|
| 06/27/2023 | FUSION SPINE ANTERIOR CERVICAL C5-7. | Sebastian, Arjun S, M.D.Goh, Brian C, M.D., Ph.D. | RST ROMB OR |

Name: John C. Rutherford
MRN: 7-337-318
Spine Resident: Tony Chen, M.D.

Interval History:
Seen in the acute postop setting. Denies any nausea, vomiting, shortness of breath, chest pain, or chest pressure. Denies any new numbness, tingling, or weakness. Feels better compared to preop.

Pain: Well controlled
Diet: Tolerating regular diet
Urine: Foley in place
BM: Pending
Mobility: Will walk with nursing today.

**Physical Exam:**
Vital signs: BP 121/78 | Pulse 98 | Temp 36.3 °C (Oral) | Resp 15 | Ht 180.3 cm | Wt 85.5 kg | SpO2 93% | BMI 26.29 kg/m²
**General:** Alert and oriented x 3, not in acute distress, follows commands.
**Cardiac:** Hemodynamically stable.
**Lungs:** Non-labored respirations on room air, satting well.

Dressing clean, dry and intact with no seep through

| Output by Drain (mL) | 06/25/23 0701 - 06/25/23 1900 | 06/25/23 1901 - 06/26/23 0700 | 06/26/23 0701 - 06/26/23 1900 | 06/26/23 1901 - 06/27/23 0700 | 06/27/23 0701 - 06/27/23 1605 |
|---|---|---|---|---|---|
| Closed/Suction Drain 1 Anterior Neck Accordion 7 Fr. | | | | | 5 |

**Upper Extremity:**

---

PAGE 8 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1099

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



MAYO CLINIC

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Non-Therapy Notes (continued)**

---

| Sensory (UE) | C5 (Ax) | C6 (MC) | C7 (Mid finger) | C8 (MACN) | T1 (MBCN) | T2-L2 |
|--------------|---------|---------|-----------------|-----------|-----------|-------|
| R | N | N | N | N | N | N |
| L | N | N | N | N | N | N |

N = normal.  D = diminished.  A = absent.  IP = intermittant paresthesia.

MMT (0 to 5-pt scale with +/-):

| Motor (UE) | Deltoid (C4)Ax | Biceps (C5)MC | WrExt (C6)R | Triceps (C7)R | WrFlex (C7)M | Fing Flex (C8)AIN | Fing Abd (T1) |
|------------|----------------|---------------|-------------|---------------|--------------|-------------------|---------------|
| R | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| L | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

**LABS**
Lab Results

| Component | Value | Date |
|-----------|-------|------|
| HGB | 15.7 | 06/26/2023 |
| WBC | 8.2 | 06/26/2023 |
| PLT | 252 | 06/26/2023 |
| CREATININE | 1.37 (H) | 06/26/2023 |
| NA | 142 | 06/26/2023 |

**IMAGING**
**No results found.**

**Assessment & Plans:**
Rutherford / 7-337-318
62 y.o. male now s/p C5-C7 ACDF (Sebastian, 06/27/23)

**PLAN**
- Activity: As tolerated. Physical therapy to mobilize. Soft cervical collar., Chair TID, Ambulate x 4
- Antibiotics: Perioperative cefazolin
- Blood: Hemodynamically stable; currently asymptomatic.
- Cultures: None.
- Diet: Mechanical soft and thickened liquids to start and advance with flatus
- Drains: Hvac x 1 All drains to bulb suction. Remove when output < 50cc per shift
- DVT Prophylaxis: SCD's and early mobilization.  **No DVT chemoprophylaxis given spine surgery**
- Pain: Standard, no local anesthetic; NSAIDs Contraindicated
- Urinary: Urinary catheter in place and remove POD1
- Imaging: Upright XRs prior to discharge
- Disposition: Anticipate discharge to home.

**Active Issues**

| 6/29/2023 11:24 AM CDT | User:   156 | Release ID: 315204391 | Page  8 |
|---|---|---|---|

PAGE 9 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1100

Mayo Clinic Fax 108 2318200065783 10:05:03 AM CDT  PAGE  10/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

Non-Therapy Notes (continued)
# Drain output/removal
# Upright XRs prior to discharge
# Pain Control
# PT/disposition

**Comorbidities on admission:**
L phrenic nerve disorder, prior L thoracotomy, GERD

**From 6am-6pm Monday-Friday,** please contact the *Sebastian* service at 127-01783 with any questions regarding this patient.
**If overnight 1800-0600 or any time on weekends,** please contact the Orthopedic Surgery house resident on call at at 127-02429.

Electronically signed by Chen, Xiao T, M.D. at 6/27/2023 6:50 PM

**Haynes, Lisa C, Pharm.D., R.Ph. at 6/27/2023 0721**
Author: Haynes, Lisa C, Pharm.D., R.Ph.    Service: PHR (Pharmacy)    Author Type: Pharmacist
Filed: 6/27/2023 7:22 AM    Date of Service: 6/27/2023 7:21 AM    Status: Signed
Editor: Haynes, Lisa C, Pharm.D., R.Ph. (Pharmacist)

**Admission Medication History Note**

Adherence issues: No concerns
Medication list source: Patient

Prior to Admission Medications

Med List Status:    Set By: Haynes, Lisa C, Pharm.D., R.Ph. at 06/27/2023  7:21 AM
Pharmacy Complete

| | Taking? | Last Dose | Informant | Start Date | End Date | LT |
|---|---|---|---|---|---|---|
| celecoxib (CeleBREX) 200 mg capsule | | 6/19/2023 | -- | 05/31/23 | -- | ✕ |
| Take 200 mg by mouth daily. | | | | | | |
| DULoxetine (CYMBALTA) 30 mg DR capsule | ✓ | 6/26/2023 | -- | 05/18/23 | -- | ✕ |
| Take 30 mg by mouth 2 (two) times a day. | | | | | | |
| fexofenadine (Allegra Allergy) 180 mg tablet | ✓ | 6/27/2023 | -- | -- | -- | |
| 1 tablet Swallow whole with water; do not take with fruit juices. Orally Once a day | | | | | | |

6/29/2023 11:24 AM CDT    User:  156    Release ID: 315204391    Page 9

Confidential- Subject to Protective Order    BCBSMT_1101

Mayo Clinic Fax 108 2318200567B3 10:05:03 AM CDT   PAGE  11/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



# MAYO CLINIC

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

Non-Therapy Notes (continued)

| | Taking? | Last Dose | Informant | Start Date | End Date | LT |
|---|---|---|---|---|---|---|
| gabapentin (NEURONTIN) 300 mg capsule | ✓ | 6/27/2023 | -- | -- | -- | ✗ |
| Take 900 mg by mouth 3 (three) times a day. 3 capsules three times daily | | | | | | |
| hydrocortisone 2.5 % - 80/20 vanicream/plasticized pf | | -- | -- | -- | | |
| Apply topically as needed (skin flare). | | | | | | |
| lidocaine (LIDODERM) 5 % | | More than a month | -- | 04/04/23 | -- | |
| Place 1 patch on the skin daily as needed (pain). | | | | | | |
| methocarbamoL (ROBAXIN) 750 mg tablet | ✓ | 6/26/2023 | | 05/18/23 | -- | ✗ |
| Take 750 mg by mouth every 8 (eight) hours as needed. | | | | | | |
| omeprazole (PriLOSEC) 20 mg DR capsule | ✓ | 6/27/2023 | | 09/24/18 | -- | |
| Take 1 capsule by mouth every morning before breakfast. | | | | | | |
| oxyCODONE-acetaminophen (PERCOCET) 10-325 mg per tablet | | 6/26/2023 | | 05/26/23 | -- | |
| TAKE ONE TABLET BY MOUTH EVERY FOUR HOURS AS NEEDED | | | | | | |
| sildenafiL (VIAGRA) 100 mg tablet | | -- | | 01/19/22 | -- | |
| Take 100 mg by mouth as needed. | | | | | | |

Lisa Haynes, Pharm.D., R.Ph.

Electronically signed by Haynes, Lisa C, Pharm.D., R.Ph. at 6/27/2023 7:22 AM

---

**Imaging** from 6/26/2023 to 6/27/2023

Imaging from 6/26/2023 to 6/27/2023

**DX Cervical Spine 2-3 Views [2223229567885] (Final result)** from 6/26/2023 to 6/27/2023

Electronically signed by: Chen, Xiao T, M.D. on 06/27/23 2253                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Chen, Xiao T, M.D. 06/27/23 2253              Ordering provider: Chen, Xiao T, M.D.

PAGE 11 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time] AT 58100 FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                                    BCBSMT_1102

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023

MAYO CLINIC

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Imaging (continued)** from 6/26/2023 to 6/27/2023

Authorized by: Chen, Xiao T, M.D. — Ordering mode: Standard
Frequency: RAD - Routine (most inpatients and all outpatients) Once 06/28/23 0900 - 1 occurrence — Class: Hospital Performed
Quantity: 1 — Lab status: Final result
Instance released by: Chen, Xiao T, M.D. (auto-released) 6/27/2023 10:53 PM

**Provider Details**

| Provider | NPI |
|---|---|
| Chen, Xiao T, M.D. | 1457983090 |

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical question to be answered | Postop |
| Portable? | No |
| Select View | Per Protocol |
| Should the communication of this result to the patient's portal be released immediately? | Release Immediately |

**Screening Form**

**General Information**

Patient Name: Rutherford, John C. — MRN: 7-337-318
Date of Birth: 4/25/1961 — Home Phone: 406-475-4931
Sex Assigned at Birth: Male — Mobile: 406-475-4931

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| DX CERVICAL SPINE 2-3 VIEWS | Chen, Xiao T, M.D. 507-284-8235 13666 | Chen, Xiao T, M.D. 507-284-8235 13666 | 6/28/2023 9:00 AM DX ROMB MN RM 653 DR RST RAD DX ROMB MN |

**Screening Form Questions**

No questions have been answered for this form.

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient Holder? | | |
| Patient Holder name(s) | | |
| Rad tech student name? | | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient Holder? | | |
| Patient Holder name(s) | | |
| Rad tech student name? | | |
| Line on the schedule: Final LOS | 152 HOS LOS RST | |

**DX Cervical Spine 2-3 Views [2223229567885]** — Resulted: 06/28/23 0914, Result status: Final result

Ordering provider: Chen, Xiao T, M.D. 06/27/23 2253 — Order status: Completed

Mayo Clinic Fax 108 2318200067B3 10:05:03 AM CDT  PAGE  13/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Imaging (continued)** from 6/26/2023 to 6/27/2023

Resulted by: Mugu, Vamshi K, M.D., M.S.

Filed by: Interface, Mc In Orm_Oru Ps360 Radiology Generic 609327  06/28/23 0917

Performed: 06/28/23 0859 - 06/28/23 0909
Resulting lab: POWERSCRIBE360

Accession number: 40993186

Narrative:
EXAM: DX CERVICAL SPINE 2-3 VIEWS

Impression:
Since 06/05/2023, interval C5-C6 anterior fusion with interbody spacers. Negative for postoperative purposes. Surgical drain.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 1055 - Present |

**Signed**
Electronically signed by Mugu, Vamshi K, M.D., M.S. on 6/28/23 at 0914 CDT

**FL Fluoro Less Than 1 Hour [2223228469169] (Final result)** from 6/26/2023 to 6/27/2023

Electronically signed by: **Sebastian, Arjun S, M.D. on 06/27/23 0756**                                    Status: **Completed**
Mode: Ordering in Verbal mode
This order may be acted on in another encounter.
Ordering user: Bahm, Shianne M, R.N. 06/06/23 1453
Authorized by: Sebastian, Arjun S, M.D.
Frequency: RAD - Routine (most inpatients and all outpatients)
Once 06/27/23 0552 - 1  occurrence
Quantity: 1
Instance released by: Steinberg, Ethan L, R.N. (auto-released) 6/27/2023 5:51 AM

Communicated by: Bahm, Shianne M, R.N.
Ordering provider: Sebastian, Arjun S, M.D.
Ordering mode: Verbal
Class: Hospital Performed

Lab status: Final result

**Provider Details**

| Provider | NPI |
|---|---|
| Bahm, Shianne M, R.N. | — |
| Sebastian, Arjun S, M.D. | 1942596887 |

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical question to be answered | localization |
| Should the communication of this result to the patient's portal be released immediately? | Release Immediately |

**Screening Form**

**General Information**

| | | | |
|---|---|---|---|
| Patient Name: Rutherford, John C. | | MRN: 7-337-318 | |
| Date of Birth: 4/25/1961 | | Home Phone: 406-475-4931 | |
| Sex Assigned at Birth: Male | | Mobile: 408-475-4931 | |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| FL FLUORO LESS THAN 1 | Sebastian, Arjun S, M.D. | Sebastian, Arjun S, M.D. | 6/27/2023  7:05 AM |

PAGE 13 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                              BCBSMT_1104

Mayo Clinic Fax 108 2318200678 10:05:03 AM CDT  PAGE  14/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

**Imaging (continued)** from 6/26/2023 to 6/27/2023

| HOUR | ℅507-538-0514 ✆7769796 | ℅507-538-0514 ✆7769796 | DX ROMB 01 CARM 127 RST RAD DX ROMB 01 |
|------|------|------|------|

**Screening Form Questions**
No questions have been answered for this form.

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient Holder? | | |
| Patient Holder name(s) | | |
| Rad tech student name? | | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Patient Holder? | | |
| Patient Holder name(s) | | |
| Rad tech student name? | | |
| Technical Supervising Provider? | SEBASTIAN, ARJUN S | |
| Are you sure you want to mark this exam as non-reportable? | Yes | |
| Surgical area where case was performed? | SMH (MB 01) | |
| Which GO 15 surgical room was used for this exam? | | |
| Which RMH OR surgical room was used for this exam? | | |
| Which SMH (MB 01) surgical room was used for this exam? | 709 | |
| Which SMH (NT 03) surgical room was used for this exam? | | |
| Line on the schedule. | 152 HOS LOS RST | |
| Final LOS | | |

**FL Fluoro Less Than 1 Hour [2223228469169]**          Resulted: 06/27/23 1126, Result status: Final result

Ordering provider: Sebastian, Arjun S, M.D.  06/27/23 0551      Order status: Completed
Filed by: Silent, Scheduling  06/27/23 1126               Performed: 06/27/23 0705 - 06/27/23 1125
Accession number: 40946192                        Resulting lab: 152 HOS LOS RST
Narrative:
This exam does not require a radiologist review or interpretation. Please
refer to the patient's medical record on this date for clinical details.

---

**Neurology** from 6/26/2023 to 6/27/2023

**IONM - EMG [2223228887595] (Edited Result - FINAL)** from 6/26/2023 to 6/27/2023

Electronically signed by: **Merrill, Alexs C on 06/27/23 0704**               Status: **Completed**

---

PAGE 14 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                                      BCBSMT_1105

Mayo Clinic Fax 108 23782000678 10:05:03 AM CDT  PAGE  15/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

Imaging (continued) from 6/26/2023 to 6/27/2023

This order may be acted on in another encounter.
Ordering user: Merrill, Alexs C 06/27/23 0704                Ordering provider: Sebastian, Arjun S, M.D.
Authorized by: Sebastian, Arjun S, M.D.                       Ordering mode: Transcribed
Frequency: Routine Once 06/27/23 0705 - 1 occurrence          Class: Hospital Performed
Quantity: 1                                                   Lab status: Edited Result - FINAL
Instance released by: Merrill, Alexs C (auto-released) 6/27/2023 7:04 AM

**Provider Details**

| Provider | NPI |
|---|---|
| Merrill, Alexs C | — |
| Sebastian, Arjun S, M.D. | 1942596887 |

**Questionnaire**

| Question | Answer |
|---|---|
| Patient on anticoagulation? | No |
| Perform ultrasound after EMG, if indicated (where available)? | Yes |
| Patient taking Mestinon? | No |
| Reason for exam: | ionm |

Diagnostic Report - EMG - Scan on 6/27/2023 10:27 AM (below)

PAGE 15 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1106

Mayo Clinic Fax 108 2318200000783 10:05:03 AM CDT  PAGE  16/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023


MAYO
CLINIC

---

### 06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)

**Imaging (continued)** from 6/26/2023 to 6/27/2023

| MAYO CLINIC | Intraoperative Monitoring | Page 1 of 2 |
|---|---|---|

Patient: Rutherford, John C
MRN: 7 337 318 5, FIN:

| DOB: | 25-Apr-1961 | Study Date: | 27-Jun-2023 08:00 |
|---|---|---|---|
| Sex: | M | Location: | Mayo Clinic Rochester |
| Staff: | Sorenson, Eric J. 127 or (77)4-7667 | Ordered by: | SEBASTIAN, ARJUN S |

**\*\* Final Report \*\***

Study Number: 1
Referred for:
Referral Code:       1956
Referral Diagnosis: 1956

**SUMMARY:**
Somatosensory evoked potentials (SEPs), transcranial electric motor evoked potentials (MEPs), and free running needle electromyography (EMG) were monitored during anterior cervical spine fusion from C4-C7. All stimulation and recording was performed with needle electrodes. Ulnar and tibial nerves were stimulated for SEPs. MEPs were recorded from the following muscles bilaterally: deltoid, biceps brachii, extensor digitorum communis, abductor digiti minimi, tibialis anterior, and abductor hallucis. Free running EMG was recorded from all upper limb muscles mentioned above. Four twitches were present on train of four (TOF) from all four limbs during baseline MEP recordings and after exposure was completed prior to resumption of MEP and EMG monitoring.

SEP
Reliable cortical SEPs were recorded at baseline from all four limbs in the supine position; the surgeon was informed prior to exposure. There were no significant changes in cortical SEP amplitudes during surgery.

MEP
Reliable MEPs were recorded at baseline from all muscles in the supine position; the surgeon was informed prior to exposure. There were no significant changes in MEPs during surgery.

EMG
No neurotonic discharges were observed.

I personally provided professional oversight for this surgery. Real-time neurophysiologic data was available for me to view and interrogate contemporaneously. Throughout monitoring, there were provisions for continuous and immediate communication directly with the operating room team in the surgical suite.

E. Sorenson (127 or (77)4-7667)/SMB

---

| 6/29/2023 11:24 AM CDT | User:     156 | Release ID: 315204391 | Page 15 |
|---|---|---|---|

PAGE 16 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1107

Mayo Clinic Fax 108 2318200678 10:05:03 AM CDT  PAGE  17/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023



**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

Imaging (continued) from 6/26/2023 to 6/27/2023

### MAYO CLINIC

**Intraoperative Monitoring**
Patient: Rutherford, John C
MRN: 7 337 318 5, FIN:

Page 2 of 2

| | | | |
|---|---|---|---|
| DOB: | 25-Apr-1961 | Study Date: | 27-Jun-2023 08:00 |
| Sex: | M | Location: | Mayo Clinic Rochester |
| Staff: | Sorenson, Eric J. 127 or (77)4-7667 | Ordered by: | SEBASTIAN, ARJUN S |

**Surgery**

| Staff | Minutes | Start Date Time | End Date Time |
|---|---|---|---|
| Remote Simultaneous Supervision | 137 | 06/27/2023 08:05 AM CST | 06/27/2023 10:22 AM CST |
| Total Monitoring Time: | 137 | | |

Resulted: 06/27/23 1534, Result status: Edited
Result - FINAL

**IONM - EMG [2223228887595]**

Ordering provider: Sebastian, Arjun S, M.D.  06/27/23 0704          Order status: Completed
Resulted by: Sorenson, Eric J, M.D.                                Filed by: Interface, Mc In Oru Cardiology Generic 2 609307
                                                                    06/27/23 1534
Performed: 06/27/23 0711 - 06/27/23 0711                            Accession number: 40947118
Resulting lab: MC EMG
Narrative
Table formatting from the original result was not included.
27-Jun-2023        Intraoperative Monitoring        Final Report
Study Number: 1

EMG Consultant: Sorenson, Eric J. 127 or (77)4-7667
Referred by: SEBASTIAN, ARJUN S (127 or (77)8-9796)
Referred for:
Referral Code:    1956

6/29/2023 11:24 AM CDT        User:    156        Release ID: 315204391                Page 16

PAGE 17 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 58i649FFD1B637A

Confidential- Subject to Protective Order                                BCBSMT_1108

Mayo Clinic Fax 108 2318200005783 10:05:03 AM CDT  PAGE  18/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N

Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023


MAYO
CLINIC

---

### 06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)

**Imaging (continued)** from 6/26/2023 to 6/27/2023

RX: 1956

SUMMARY: Somatosensory evoked potentials (SEPs), transcranial electric motor evoked potentials (MEPs), and free running needle electromyography (EMG) were monitored during anterior cervical spine fusion from C5-C7. All stimulation and recording was performed with needle electrodes. Ulnar and tibial nerves were stimulated for SEPs. MEPs were recorded from the following muscles bilaterally: deltoid, biceps brachii, extensor digitorum communis, abductor digiti minimi, tibialis anterior, and abductor hallucis. Free running EMG was recorded from all upper limb muscles mentioned above. Four twitches were present on train of four (TOF) from all four limbs during baseline MEP recordings and after exposure was completed prior to resumption of MEP and EMG monitoring.

SEP
Reliable cortical SEPs were recorded at baseline from all four limbs
in the supine position; the surgeon was informed prior to exposure. There were no significant changes in cortical SEP amplitudes during surgery.

MEP
Reliable MEPs were recorded at
baseline from all muscles in the supine position; the surgeon was informed prior to exposure.
There were no significant changes in MEPs during surgery.

EMG
No neurotonic
discharges were observed.

I personally provided professional oversight for this surgery.
Real-time neurophysiologic data was available for me to view and interrogate contemporaneously.
Throughout monitoring, there were provisions for continuous and immediate communication directly
with the operating room team in the surgical suite.


E. Sorenson (127 or (77)4-7667)/SMB

Surgery

Staff Minutes Start-DateTime End-DateTime
Remote Simultaneous Supervision 137 06/27/2023 08:05 AM CST 06/27/2023 10.22 AM CST
Total Monitoring Time. 137


** This interpretation has been electronically signed. Sorenson, Eric J., M.D. at 6/27/2023 10:27:17 AM CDT **

Acknowledged by: Bahm, Shianne M, R.N. on 06/28/23 0737


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 316 - EMG | MC EMG | Unknown | Unknown | 08/09/16 1516 - Present |

---

PAGE 18 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order

BCBSMT_1109

Mayo Clinic Fax 108 2318200006788 10:05:03 AM CDT  PAGE 19/019  Fax Server
2318203CO30423 ITSHOST CLMATT NAA N



Rutherford, John C.
MRN: 7-337-318, DOB: 4/25/1961, Sex: M
Adm: 6/27/2023, D/C: 6/28/2023

---

**06/27/2023 - Admission (Discharged) in Mayo Clinic Hospital, Saint Marys Campus, Nasseff Tower Building, Ninth Floor: records until 6/27/2023 (continued)**

Imaging (continued) from 6/26/2023 to 6/27/2023

**Signed**

Electronically signed by Sorenson, Eric J, M.D. on 6/27/23 at 1029 CDT

**All Reviewers List**

Bahm, Shianne M, R.N. on 6/28/2023  7:37 AM
Bahm, Shianne M, R.N. on 6/27/2023 10:46 AM

PAGE 19 of 19 RECEIVED ON 7/1/2023 10:05:03 AM [Central Daylight Time]  AT 58100  FaxID: 581649FFD1B637A

Confidential- Subject to Protective Order                                    BCBSMT_1110

Records  /  Smart UM Members Record

# Johnny Rutherford

⌄          News          Related Actions

Member Clinical Snapshot

Member Alerts

**Previous Authorization Requests for Johnny Rutherford**

| Aerial Request ID | Status | Disposition | Request Type | Treatment Type | Treatment Setting | Urgency | Created | ↓ | Sh Det |
|---|---|---|---|---|---|---|---|---|---|

No items available

**Previous Authorization Requests for Johnny Rutherford**

| Smart UM Request ID | Status | Disposition | Request Type | Treatment Type | Treatment Setting | Urgency | Notified | Sh Det |
|---|---|---|---|---|---|---|---|---|
| U23158BAEO | | | Medical Outpatient | Medical | Outpatient | Elective | 6/7/2023 2:14 PM CDT | |

# Request Details for U23158BAEO  ♦  Start Date: 6/26/2023

VISITS Pended: 0 Approved: 0 Denied: 0
Customer Advocate: a6571077 a6571077
Owner:

## ⌄ Member Information

| | | | | |
|---|---|---|---|---|
| Name | Johnny Rutherford | | LOB | PPO |
| Subscriber ID | 826750411 | | Business Type | Group |
| Member ID | 747885604 | | Market Segment | LG |
| Date of Birth | 4/25/1961 | | Network | PPO |
| Gender | M | | Group ID | X58005 |
| Client Code | MT | | Plan Name | MONTANA UNIVERSITY SYSTEM X58005 |
| Secure Group | No | | Funding Type | ASO |
| Medicare Primary | No | | Specialty Group | Montana University System (MUS) |
| Home Phone | 406-475-4931 | | | |
| Business Phone | 406-447-6900 | | | |
| Policy Type | WBM | | | |

## ⌄ Request Details

| | | | | |
|---|---|---|---|---|
| Request Action | New Request | | Start of Care | 6/26/2023 |
| Notified Date | 6/7/2023 2:14 PM CDT | | Treatment Setting | Outpatient |
| Status | | | Treatment Type | Medical |
| Transaction Type | Medical Outpatient | | Urgency | Elective |
| Customer Advocate | a6571077 a6571077 | | Owner | |
| Caller Information | Arjun Sebastian  (FACILITY) | | Smart UM Req. ID | U23158BAEO |
| Network Determination | In | | Aerial Request ID | This request does not exist in Aerial |
| Follow-up Date | 6/7/2023 | | Continuity of Care | ☐ |
| Discharge Date | 6/26/2023 | | | |

## ⌄ Provider Information

Confidential- Subject to Protective Order

BCBSMT_1266

| Provider Name | MCO Provider ID | NPI | Network Status | Address / Phone | Role(s) |
|---|---|---|---|---|---|
| ARJUN SEBASTIAN | X7200EK93SE01 | 1942596887 | In | 200 1st St Sw Rochester, MN 55905-0001 800-660-4582 | Submitting Provider, Attending Provider |
| Mayo Clinic Hospital Rochester | T534633 | 1841266194 | In | 200 1st St Sw Rochester, MN 55905 507-538-6669 | Facility, Servicing Provider |

## ⌄ Diagnosis Information

| Diagnosis Code | Primary | Admitting | Description | IRL |
|---|---|---|---|---|
| M48.02 | ✓ | | Spinal stenosis, cervical region | |
| Z01.818 | | | Encounter for other preprocedural examination | |

## ⌄ Service Information

| Service Code/Description | Primary | Frequency | Frequency Type | Requested Units | Date Range | Notified Date |
|---|---|---|---|---|---|---|
| 72125 Computed tomography, cervical spine; without contrast material | ✓ | | | 1 Visits | 6/26/2023 to 6/26/2023 (0 days duration) | 6/7/2023 2:14 PM CDT |

## ⌄ Program Referral

| Date Entered | Entered By | Type | Priority | Notes | Delete |
|---|---|---|---|---|---|

This Request has no associated program referrals.

## ⌄ Review Outcomes

**Service 72125**

Computed tomography, cervical spine; without contrast material

| Type | From Date | Through Date | Status | Status Reason Description | Units |
|---|---|---|---|---|---|
| Initial Request | 6/26/2023 | 6/26/2023 | | | 1 |

**Request Notes**

| Date Entered | Entered By | Note Type | Note |
|---|---|---|---|

This Request has no associated notes.

**Member Level Notes**

Add New Note

| Start Date | | Note Type |
|---|---|---|
| mm/dd/yyyy | 📅 | -- Filter By Note Type -- |

| End Date | | Business Type |
|---|---|---|
| mm/dd/yyyy | 📅 | -- Filter By Business Type -- |

Confidential- Subject to Protective Order

BCBSMT_1267

| Policy Number | SUR712.040 |
|---|---|
| Policy Effective Date | 12/15/2023 |

# Interspinous Fixation (Fusion) Devices

| Table of Contents |
|---|
| Coverage |
| Policy Guidelines |
| Description |
| Rationale |
| Coding |
| References |
| Policy History |

| Related Policies (if applicable) |
|---|
| SUR712.029:  Interspinous Distraction (Spacers) and Interlaminar Stabilization Devices |
| |
| |
| |
| |
| |

## Disclaimer

**Carefully check state regulations and/or the member contract.**

Each benefit plan, summary plan description or contract defines which services are covered, which services are excluded, and which services are subject to dollar caps or other limitations, conditions or exclusions. Members and their providers have the responsibility for consulting the member's benefit plan, summary plan description or contract to determine if there are any exclusions or other benefit limitations applicable to this service or supply. **If there is a discrepancy between a Medical Policy and a member's benefit plan, summary plan description or contract, the benefit plan, summary plan description or contract will govern.**

## Coverage

Interspinous fixation (fusion) devices, **are considered experimental, investigational and/or unproven** for any indication, including but not limited to use:
- In combination with interbody fusion, or
- Alone for decompression in individuals with spinal stenosis.

**EXCEPTION:** Clinical input has identified potential exceptions where the devices might be considered medically necessary, such as individuals with small pedicles where pedicle screws could not be safely placed.

**NOTE 1**: The Coflex Interlaminar Stabilization Device, referred to in SUR712.029 (Interspinous Distraction (Spacers) and Interlaminar Stabilization Device), is different from the coflex-IF® device addressed in this policy.

**NOTE 2:** The name of the specific fixation device used for the procedure should be included in the clinical documentation.

BCBSMT_14219

## Policy Guidelines

None.

## Description

Interspinous fixation (fusion) devices are being developed to aid in the stabilization of the spine. They are evaluated as alternatives to pedicle screw and rod constructs in combination with interbody fusion. Interspinous fixation devices are also being evaluated for stand-alone use in patients with spinal stenosis and/or spondylolisthesis.

**Background**
Contemporary models of interspinous fixation devices have evolved from spinous process wiring with bone blocks and early device designs (e.g., Wilson plate, Meurig-Williams system, Daab plate). The newer devices range from paired plates with teeth to U-shaped devices with wings that are attached to the spinous process. They are intended as an alternative to pedicle screw and rod constructs to aid in the stabilization of the spine with interbody fusion. Interspinous fixation devices are placed under direct visualization, while screw and rod systems may be placed under direct visualization or percutaneously. Use of an interspinous fixation devices in combination with a unilateral pedicle screw system has also been proposed. Interspinous fixation devices are not intended for stand-alone use.

For use in combination with fusion, it has been proposed that interspinous fixation devices are less invasive and present fewer risks than pedicle or facet screws. While biomechanics studies have indicated that interspinous fixation devices may be similar to pedicle screw-rod constructs in limiting the range of flexion and extension, they may be less effective than bilateral pedicle screw-rod fixation for limiting axial rotation and lateral bending. (1) There is a potential for a negative impact on the interbody cage and bone graft due to focal kyphosis resulting from the interspinous fixation devices. There is also a potential for spinous process fracture.

Unlike interspinous fixation devices, interspinous distraction devices (spacers) are used alone for decompression and are typically not fixed to the spinous process. In addition, interspinous distraction devices have been designed for dynamic stabilization, whereas interspinous fixation devices are rigid. However, interspinous fixation devices might also be used to distract the spinous processes and decrease lordosis. Thus, interspinous fixation devices could be used off-label without interbody fusion as decompression (distraction) devices in patients with spinal stenosis. If interspinous fixation devices are used alone as a spacer, there is a risk of spinous process fracture.

**Regulatory Status**
The following interspinous fixation devices have been cleared for marketing by the U.S. Food and Drug Administration through the 510(k) process. This list may not be exhaustive.

BCBSMT_14220

- Aerial™ Interspinous Fixation (Globus Medical Inc.)
- Affix™ (NuVasive)
- Aileron™ (Life Spine)
- Aspen™ (Lanx, acquired by BioMet)
- Axle™ (X-Spine)
- BacFuse® (Pioneer Surgical)
- BridgePoint™ (Alphatec Spine)
- coflex-IF® (Paradigm Spine)
- Inspan™ (Spine Frontier)
- InterBRIDGE® Interspinous Posterior Fixation System (LDR Spine)
- Minuteman™ (Spinal Simplicity)
- Octave™ (Life Spine)
- PrimaLOK™ (OsteoMed Spine)
- Spire™ (Medtronic)
- SP-Fix™ (Globus)
- SP-Link™ System (Medical Designs LLC)
- ZIP® MIS Interspinous Fusion System (Aurora Spine).

Food and Drug Administration product code: PEK.

Interspinous fixation devices are intended for use as an adjunct to interbody fusion. For example, the indication for the coflex-IF® implant is as:

> "a posterior, nonpedicle supplemental fixation device intended for use with an interbody cage as an adjunct to fusion at a single level in the lumbar spine (L1-S1). It is intended for attachment to the spinous processes for the purpose of achieving stabilization to promote fusion in patients with degenerative disc disease – defined as back pain of discogenic origin with degeneration of the disc confirmed by history and radiographic studies – with up to Grade 1 spondylolisthesis."

A number of interspinous plate systems have also been cleared for marketing by the Food and Drug Administration.

Use of an interspinous fixation devices for a stand-alone procedure is considered off-label.

## Rationale

This policy was originally created in February 2016 and has been updated regularly with searches of the PubMed database. The most recent literature update was performed though January 16, 2023.

Medical policies assess the clinical evidence to determine whether the use of a technology improves the net health outcome. Broadly defined, health outcomes are length of life, quality of life, and ability to function--including benefits and harms. Every clinical condition has specific

BCBSMT_14221

outcomes that are important to patients and to managing the course of that condition. Validated outcome measures are necessary to ascertain whether a condition improves or worsens; and whether the magnitude of that change is clinically significant. The net health outcome is a balance of benefits and harms.

To assess whether the evidence is sufficient to draw conclusions about the net health outcome of a technology, 2 domains are examined: the relevance and the quality and credibility. To be relevant, studies must represent one or more intended clinical uses of the technology in the intended population and compare an effective and appropriate alternative at a comparable intensity. For some conditions, the alternative will be supportive care or surveillance. The quality and credibility of the evidence depend on study design and conduct, minimizing bias and confounding that can generate incorrect findings. The randomized controlled trial (RCT) is preferred to assess efficacy; however, in some circumstances, nonrandomized studies may be adequate. Randomized controlled trials are rarely large enough or long enough to capture less common adverse events and long-term effects. Other types of studies can be used for these purposes and to assess generalizability to broader clinical populations and settings of clinical practice.

**Interspinous Fixation Device With Fusion**
<u>Clinical Context and Therapy Purpose</u>
The purpose of interspinous fixation devices is to provide a treatment option that is an alternative to or an improvement on existing therapies for individuals who are undergoing spinal fusion.

The question addressed in this medical policy is: Does the use of interspinous fixation improve the net health outcome in individuals who are undergoing spinal fusion?

The following PICO was used to select literature to inform this policy.

*Populations*
The relevant population of interest is individuals who are undergoing spinal fusion.

*Interventions*
The therapy being considered is interspinous fixation devices with interbody fusion.

*Comparators*
The following practice is currently being used for individuals who are undergoing spinal fusion: interspinous fixation devices with pedicle screw construct.

*Outcomes*
The general outcomes of interest include symptoms, functional outcomes, quality of life, resource utilization, and treatment-related morbidity.

<u>Study Selection Criteria</u>

BCBSMT_14222

Methodologically credible studies were selected using the following principles:
- To assess efficacy outcomes, comparative controlled prospective trials were sought, with a preference for RCTs.
- In the absence of such trials, comparative observational studies were sought, with a preference for prospective studies.
- To assess long-term outcomes and adverse events, single-arm studies that capture longer periods of follow-up and/or larger populations were sought.
- Studies with duplicative or overlapping populations were excluded.

Systematic Reviews

A systematic review by Lopez et al. (2017) evaluated the literature on lumbar spinous process fixation and fusion devices. (2) Reviewers included both interspinous plates and fixation devices and excluded dynamic devices such as the X-Stop. Fifteen articles met inclusion and exclusion criteria, including 4 comparative studies (level III evidence), 2 case series (level IV evidence), and 9 in vitro biomechanics studies (level V evidence). Two of the nonrandomized studies compared interspinous fixation devices with pedicle screws in patients undergoing interbody fusion and 2 included interspinous fixation devices alone or pedicle screws plus an interspinous fixation devices in patients undergoing interbody fusion. Use of an interspinous fixation device decreased surgical time and blood loss compared with pedicle screws. No study showed that interspinous fixation devices reduced the hospital length of stay compared with pedicle screw implantation.

Randomized Controlled Trials

Subsequent to the systematic review by Lopez et al. (2017), 2 small RCTs (total N = 149) have been published on individuals with single-level lumbar degenerative diseases undergoing spinal fusion who receive an interspinous fixation device with interbody fusion as alternatives to pedicle screw and rod constructs (Table 1). (3, 4) The first was a single-center study by Huang et al. (2017) that randomized 46 individuals to either an unknown type of interspinous fixation devices or pedicle screws and followed them for 24 months. (3) The second was a multicenter study by Panchal et al. (2018) that randomized 103 individuals to either the Aspen MIS Fusion System or pedicle screws and followed them for 12 months. (4) Compared to the pedicle screw control groups (Table 2), similar or better fusion, disability, and quality of life outcomes were observed for the interspinous fixation device groups. Comparative complications rates were mixed across studies, but comparative treatment effects were not calculated. In the study by Panchal et al. (2018), revisions were numerically lower in the interspinous fixation device group, but comparative treatment effects were not calculated. Interpretation of these findings is limited by important weaknesses, however. In the RCT by Panchal et al. (2018), weaknesses included insufficient follow-up duration, lack of control for selection bias, and data incompleteness (Tables 3 and 4). In the RCT by Huang et al. (2017), weaknesses include unclear blinding of outcome assessors and potential use of a device that is not commercially available in the United States. Larger, longer-term, and more rigorous multicenter RCTs are needed to confirm these findings.

**Table 1. Summary of Key RCT Characteristics**

BCBSMT_14223

| Study; Trial | Countries | Sites | Dates | Participants | Interventions | |
|---|---|---|---|---|---|---|
| | | | | | *Active* | *Comparator* |
| **Huang et al. (2017) (3)** | China | 1 | 2013-2014 | Single-level lumbar degenerative diseases, including lumbar disc herniation, lumbar spinal stenosis, or lumbar degenerative spondylolisthesis | PLIF+ISF, N=23 | PLIF+pedicle screws, N=23 |
| **Panchal et al. (2018) (4)** | United States | 9 | NR | Single-level lumbar degenerative disc disease and/or spondylolisthesis (grade ≤ 2) | ALIF or LLIF +ISPF, N=66 | ALIF or LLIF + pedicle screws, N=37 |

ALIF: anterior lateral lumbar interbody fusion; ISF: interspinous fastener (Wego, Weihai, China); ISPF: interspinous process fixation; LLIF: lateral lumbar interbody fusion; NR: not reported; PLIF: posterior lumbar interbody fusion; RCT: randomized controlled trial.

**Table 2. Summary of Key RCT Results**

| Study | Fusion | Disability | Quality of Life | Revisions | Overall Compli-cations |
|---|---|---|---|---|---|
| **Huang et al. (2017) (3)** | **43** | **43** | **N/A** | **N/A** | **43** |
| Outcome definition | 24-mo: radiograph/CT-scan | % of patients achieved MCID on ODI[1] | N/A | N/A | |
| PLIF+ISP | 17 (77%)/15 (68%) | 33 (77%) overall[2] | NR | NR | 2 (9%) |
| PLIF+pedicle screws | 17 (81%)/16 (76%) | | NR | NR | 1 (5%) |
| p-value | 1.000/0.736 | NR | N/A | N/A | NR |
| **Panchal et al. (2018) (4)** | **88** | **88** | **88** | **88** | **88** |
| Outcome definition | 12-mo radiographic fusion based on BSF-3/BSF-2/BSF-1 (95% CI) | ODI mean improvements ± SD at 12 mo | SF-36 physical component mean improvement ± SD at 12 mo | Required secondary surgical inter-vention | Rated as device-related / NOT device-related |

| | | | | | |
|---|---|---|---|---|---|
| ALIF or LLIF +ISPF | 45.5% (32.7%–59.6%)/45.5% (32.7%–59.6%) /9.1% (0.0%–23.2%) | 25.97±4.23 | 10.87±2.79 | 1 (1.5%) | 5 (7.5%) / 14 (21.2%) |
| ALIF or LLIF + pedicle screws | 50% (33.3%–67.8%)/50% (3.3%–67.8%)/0% (0.0%–17.8%) | 22.38±5.84 | 9.10±3.89 | 4 (10.8%) | 6 (16.2%) / 7 (18.9%) |
| p-value | 0.33 | <0.01 | ≥0.22 | NR | NR |

ALIF: anterior lateral lumbar interbody fusion; BSF criteria: Brantigan, Stelfee, Fraser criteria: BSF-1, radiographic pseudoarthrosis with loss of intervertebral height with lucency around the implant; BSF-2, radiographic locked pseudoarthrosis with lucency within the cage but solid bone growth into the cage from each vertebral endplate; and BSF-3, radiographic fusion with bony bridges in at least half of the fusion area; CI: confidence interval; CT: Computed Tomography; ISF: interspinous fastener (Wego, Weihai, China); ISPF: interspinous process fixation; LLIF: lateral lumbar interbody fusion; MCID: minimally important clinical difference; N/A: not available; NR: not reported; ODI: Oswetry Disability Index; PLIF: posterior lumbar interbody fusion; mo: month; RCT: randomized controlled trial; SD: standard deviation; SF-36: 36-Item Short Form Health Survey.
[1] MCID was prespecified as an 8-point difference.
[2] Did not stratify by group.

**Table 3. Study Relevance Limitations**

| Study | Population[a] | Intervention[b] | Comparator[c] | Outcomes[d] | Follow-Up[e] |
|---|---|---|---|---|---|
| **Huang et al. (2017) (3)** | | 2. Version used unclear | | | |
| **Panchal et al. (2018) (4)** | | | | | 1. Not sufficient duration for benefit; 2. Not sufficient duration for harms |

The study limitations stated in this table are those notable in the current literature review; this is not a comprehensive gaps assessment.
[a] Population key: 1. Intended use population unclear; 2. Clinical context is unclear; 3. Study population is unclear; 4. Study population not representative of intended use.
[b] Intervention key: 1. Not clearly defined; 2. Version used unclear; 3. Delivery not similar intensity as comparator; 4. Not the intervention of interest.
[c] Comparator key: 1. Not clearly defined; 2. Not standard or optimal; 3. Delivery not similar intensity as intervention; 4. Not delivered effectively.
[d] Outcomes key: 1. Key health outcomes not addressed; 2. Physiologic measures, not validated surrogates; 3. No CONSORT reporting of harms; 4. Not establish and validated measurements; 5. Clinical significant difference not prespecified; 6. Clinical significant difference not supported.
[e] Follow-Up key: 1. Not sufficient duration for benefit; 2. Not sufficient duration for harms.

BCBSMT_14225

**Table 4. Study Design and Conduct Limitations**

| Study | Allocation[a] | Blinding[b] | Selective Reporting[c] | Data Completeness[d] | Power[e] | Statistical[f] |
|---|---|---|---|---|---|---|
| **Huang et al. (2017) (3)** | 3. Allocation concealment unclear; "using closed envelopes" | 3. Blinding unclear | 1. Not registered | | | |
| **Panchal et al. (2018) (4)** | 4. Inadequate control for selection bias: More males (53% vs. 30%), on sick leave (23% vs. 5%) and with degenerative disk disease (55% vs. 43%) | | | 1. High loss to follow-up or missing data (excluded 13% vs. 21% from 12-mo analysis); 6. Not intent to treat analysis (per protocol for noninferiority trials) | | |

The study limitations stated in this table are those notable in the current literature review; this is not a comprehensive gaps assessment.
[a] Allocation key: 1. Participants not randomly allocated; 2. Allocation not concealed; 3. Allocation concealment unclear; 4. Inadequate control for selection bias.
[b] Blinding key: 1. Not blinded to treatment assignment; 2. Not blinded outcome assessment; 3. Outcome assessed by treating physician. 3. Blinding unclear
[c] Selective Reporting key: 1. Not registered; 2. Evidence of selective reporting; 3. Evidence of selective publication.
[d] Data Completeness key: 1. High loss to follow-up or missing data; 2. Inadequate handling of missing data; 3. High number of crossovers; 4. Inadequate handling of crossovers; 5. Inappropriate exclusions; 6. Not intent to treat analysis (per protocol for noninferiority trials).
[e] Power key: 1. Power calculations not reported; 2. Power not calculated for primary outcome; 3. Power not based on clinically important difference.
[f] Statistical key: 1. Analysis is not appropriate for outcome type: (a) continuous; (b) binary; (c) time to event; 2. Analysis is not appropriate for multiple observations per patient; 3. Confidence intervals and/or p values not reported; 4. Comparative treatment effects not calculated

Section Summary: Interspinous Fixation Device With Fusion
The evidence for use of an interspinous fixation device with interbody fusion for those undergoing spinal fusion consists of a systematic review of nonrandomized comparative studies and case series and 2 small RCTs. The randomized trials found comparable benefits for

BCBSMT_14226

interspinous fixation device with interbody fusion for those undergoing spinal fusion compared with interbody fusion with pedicle screws, but the comparative safety was less clear. One risk is spinous process fracture, while a potential benefit is a reduction in adjacent segment degeneration. Additionally, the RCTs had important methodological and relevancy weaknesses that limited their interpretation. Randomized trials with longer follow-up are needed to evaluate the risks and benefits following use of interspinous fixation devices compared with the established standard (pedicle screw with rod fixation).

**Interspinous Fixation Device as a Stand-Alone**
<u>Clinical Context and Therapy Purpose</u>
The purpose of interspinous fixation devices is to provide a treatment option that is an alternative to or an improvement on existing therapies for individuals with spinal stenosis and/or spondylolisthesis.

The question addressed in this medical policy is: Does the use of interspinous fixation alone improve the net health outcome in individuals who have spinal stenosis and/or spondylolisthesis?

The following PICO was used to select literature to inform this policy.

*Population*
The relevant population of interest is individuals who have spinal stenosis and/or spondylolisthesis.

*Intervention*
The therapy being considered is an interspinous fixation device alone.

*Comparator*
The following practice is currently being used to treat spinal stenosis and/or spondylolisthesis: decompression.

*Outcomes*
The general outcomes of interest include symptoms, functional outcomes, quality of life, resource utilization, and treatment-related morbidity.

<u>Study Selection Criteria</u>
Methodologically credible studies were selected using the following principles:
- To assess efficacy outcomes, comparative controlled prospective trials were sought, with a preference for RCTs.
- In the absence of such trials, comparative observational studies were sought, with a preference for prospective studies.
- To assess long-term outcomes and adverse events, single-arm studies that capture longer periods of follow-up and/or larger populations were sought.
- Studies with duplicative or overlapping populations were excluded.

BCBSMT_14227

Case Series

Sclafani et al. (2014) reported on an industry-sponsored, retrospective series of the polyaxial PrimaLOK interspinous fusion device. (5) Thirty-four patients were implanted with the interspinous fixation devices alone, 16 patients received the PrimaLOK plus an interbody cage, and 3 patients received the PrimaLOK plus pedicle screw instrumentation and an interbody cage. Evaluation at 6 weeks found no cases of fracture or device migration, although there were 4 cases of hardware removal and 2 cases of reoperation for adjacent-level disease during follow-up. At a mean 22 months after the index surgery, the average pain score had improved from 7.2 to 4.5 on a 10-point scale (method of collection, e.g., visual analog scale, were not specified). There was a statistically significant improvement in pain score for patients with degenerative disc disease with lumbar stenosis (2.8, n=25, p<0.001) and spondylolisthesis (4.6, n=6, p=0.01), but not for patients with lumbar disc herniation (2.2, n=10, p>0.05).

Section Summary: Interspinous Fixation Devices as a Stand-Alone

There is a lack of evidence (only a retrospective series) on the efficacy of interspinous fixation devices as a stand-alone procedure for those who have spinal stenosis and/or spondylolisthesis. Randomized controlled trials are needed that evaluate health outcomes following use of interspinous fixation devices as a stand-alone for decompression.

**Summary of Evidence**

For individuals who are undergoing spinal fusion who receive an interspinous fixation devices with interbody fusion, the evidence includes a systematic review of nonrandomized comparative studies and case series and 2 small randomized controlled trials (RCTs). Relevant outcomes are symptoms, functional outcomes, quality of life, resource utilization, and treatment-related morbidity. The randomized trials found comparable benefits for interspinous fixation devices with interbody fusion for those undergoing spinal fusion compared with interbody fusion with pedicle screws, but the comparative safety was less clear. One risk is spinous process fracture, while a potential benefit is a reduction in adjacent segment degeneration. Additionally, the RCTs had important methodological and relevancy weaknesses that limited their interpretation. Randomized trials with longer follow-up are needed to evaluate the risks and benefits following use of interspinous fixation devices compared with the established standard (pedicle screw with rod fixation). The evidence is insufficient to determine that the technology results in an improvement in the net health outcome.

For individuals who have spinal stenosis and/or spondylolisthesis who receive an interspinous fixation device alone, the evidence includes a retrospective series. Relevant outcomes are symptoms, functional outcomes, quality of life, resource utilization, and treatment-related morbidity. There is a lack of evidence on the efficacy of interspinous fixation devices as a stand-alone procedure. RCTs are needed that evaluate health outcomes following use of interspinous fixation devices as a stand-alone for decompression. The evidence is insufficient to determine that the technology results in an improvement in the net health outcome.

BCBSMT_14228

**Clinical Input Received From Physician Specialty Societies and Academic Medical Centers**
Clinical input was received from 3 physician specialty societies (2 reviewers) and 2 academic medical centers while this policy was under review in 2012. The input was mixed. Some indications where the devices might be medically necessary were noted, such as patients with small pedicles where pedicle screws could not be safely placed.

**Practice Guidelines and Position Statements**

North American Spine Society
In 2019, the North American Spine Society issued a coverage position on the use of interspinous devices with lumbar fusion. (6) The North American Spine Society noted that although there is still limited evidence, interspinous fixation with fusion for stabilization may be considered when utilized in the context of lumbar fusion procedures for patients with diagnoses including stenosis, disc herniations, or synovial facet cysts in the lumbar spine, as an adjunct to cyst excision which involves removal of greater than 50 percent of the facet joint and when utilized in conjunction with a robust open laminar and/or facet decortication and fusion, and/or a robust autograft inter- and extra-spinous process decortication and fusion, and/or an interbody fusion of the same motion segment. The North American Spine Society also noted that "No literature supports the use of interspinous fixation without performing an open decortication and fusion of the posterior bony elements or interbody fusion."

**Ongoing and Unpublished Clinical Trials**
Some currently unpublished and ongoing trials that might influence this medical policy are listed in Table 5.

**Table 5. Summary of Key Trials**

| NCT No. | Trial Name | Planned Enrollment | Completion Date |
|---|---|---|---|
| *Ongoing* | | | |
| NCT01455805[a] | Efficacy and Quality of Life Following Treatment of Lumbar Spinal Stenosis, Spondylolisthesis or Degenerative Disc Disease With the Minuteman Interspinous Interlaminar Fusion Implant Versus Surgical Decompression | 50 | Mar 2024 |
| *Unpublished* | | | |
| NCT01560273[a] | A Multi-Center Prospective Study Evaluation Aspen Spinous Process Fixation System for Use in Posterolateral Fusion (PLF) in Patients With Spondylolisthesis | 25 | Sep 2015 (terminated) |
| NCT01549366[a] | System Versus Pedicle Screw Fixation, in Lateral Lumbar Interbody Fusion (LLIF) or Anterior Lumbar Interbody Fusion (ALIF) | 64 | Jan 2016 (completed) |

NCT: national clinical trial.
[a] Denotes industry-sponsored or cosponsored trial.

BCBSMT_14229

## Coding

Procedure codes on Medical Policy documents are included **only** as a general reference tool for each policy. **They may not be all-inclusive.**

The presence or absence of procedure, service, supply, or device codes in a Medical Policy document has no relevance for determination of benefit coverage for members or reimbursement for providers. **Only the written coverage position in a Medical Policy should be used for such determinations.**

Benefit coverage determinations based on written Medical Policy coverage positions must include review of the member's benefit contract or Summary Plan Description (SPD) for defined coverage vs. non-coverage, benefit exclusions, and benefit limitations such as dollar or duration caps.

| CPT Codes | 22840, 22853, 22854, 22859, 22899 |
|---|---|
| HCPCS Codes | None |

*Current Procedural Terminology (CPT®) ©2022 American Medical Association: Chicago, IL.

## References

1. Wu JC, Mummaneni PV. Using lumbar interspinous anchor with transforaminal lumbar interbody fixation. World Neurosurg. May 2010; 73(5):471-472. PMID 20920928
2. Lopez AJ, Scheer JK, Dahdaleh NS, et al. Lumbar spinous process fixation and fusion: a systematic review and critical analysis of an emerging spinal technology. Clin Spine Surg. Nov 2017; 30(9):E1279-E1288. PMID 27438402
3. Huang WM, Yu XM, Xu XD, et al. Posterior lumbar interbody fusion with interspinous fastener provides comparable clinical outcome and fusion rate to pedicle screws. Orthop Surg. May 2017; 9(2):198-205. PMID 28544495
4. Panchal R, Denhaese R, Hill C, et al. Anterior and lateral lumbar interbody fusion with supplemental interspinous process fixation: outcomes from a multicenter, prospective, randomized, controlled study. Int J Spine Surg. Apr 2018; 12(2):172-184. PMID 30276077
5. Sclafani JA, Liang K, Ohnmeiss DD, et al. Clinical outcomes of a polyaxial interspinous fusion system. Int J Spine Surg. Dec 01 2014; 8:35. PMID 25694912
6. North American Spine Society (NASS). NASS coverage policy recommendations: Interspinous fixation with fusion. Revised December 2019. Available at: <https://www.spine.org> (accessed March 9, 2023).

## Centers for Medicare and Medicaid Services (CMS)

The information contained in this section is for informational purposes only. HCSC makes no representation as to the accuracy of this information. It is not to be used for claims adjudication for HCSC Plans.

The Centers for Medicare and Medicaid Services (CMS) does not have a national Medicare coverage position. Coverage may be subject to local carrier discretion.

BCBSMT_14230

A national coverage position for Medicare may have been developed since this medical policy document was written. See Medicare's National Coverage at <http://www.cms.hhs.gov>.

| Policy History/Revision | |
|---|---|
| Date | Description of Change |
| 12/15/2023 | Document updated with literature review. Coverage unchanged. No new references added. |
| 12/01/2022 | Document updated with literature review. Coverage unchanged. No new references added. |
| 08/01/2021 | Reviewed. No changes. |
| 08/15/2020 | Document updated with literature review. Coverage unchanged. References 3 and 4 were added, reference 6 was revised. Other references were removed. |
| 08/01/2019 | Reviewed. No changes. |
| 11/15/2018 | Document updated with literature review. Coverage unchanged |
| 09/01/2017 | Document updated with literature review. Coverage unchanged. |
| 02/01/2017 | Coverage section changed to include the following: NOTE: Clinical input has identified potential exceptions where the devices might be considered medically necessary, such as patients with small pedicles where pedicle screws could not be safely placed. NOTE: The name of the specific fixation device used for the procedure should be included in the clinical documentation. |
| 09/01/2016 | Reviewed. No changes. |
| 02/01/2016 | New medical document. Interspinous fixation (fusion) devices are considered experimental, investigational and/or unproven for any indication, including but not limited to use: In combination with interbody fusion, or alone for decompression in patients with spinal stenosis. |

BCBSMT_14231

| Policy Number | SUR712.041 |
|---|---|
| Policy Effective Date | 05/01/2023 |

# Cervical Spinal Fusion

| Table of Contents |
|---|
| Coverage |
| Policy Guidelines |
| Description |
| Rationale |
| Coding |
| References |
| Policy History |

| Related Policies (if applicable) |
|---|
| None |
| |
| |
| |
| |
| |
| |

## Disclaimer

**Carefully check state regulations and/or the member contract.**
Each benefit plan, summary plan description or contract defines which services are covered, which services are excluded, and which services are subject to dollar caps or other limitations, conditions or exclusions. Members and their providers have the responsibility for consulting the member's benefit plan, summary plan description or contract to determine if there are any exclusions or other benefit limitations applicable to this service or supply. **If there is a discrepancy between a Medical Policy and a member's benefit plan, summary plan description or contract, the benefit plan, summary plan description or contract will govern.**

## Coverage

Cervical fusion **may be considered medically necessary** when the following criteria are met, as confirmed by radiographic evidence:

- Cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, **AND**
  - Persistence of debilitating radicular pain (see **NOTE #1**) despite non-surgical conservative therapy (see **NOTE #2**) for at least 6 weeks, or
  - Neurogenic claudication or progressive symptoms of motor loss that impairs function; **OR**
- Cervical kyphosis associated with cord compression (as documented by MRI); **OR**
- Symptomatic pseudarthrosis (non-union of prior fusion) associated with mechanical instability or deformity of the cervical spine; **OR**
- Spinal fracture, dislocation (associated with mechanical instability), locked facets, or displaced fracture fragment; **OR**
- Spinal infection; **OR**
- Spinal tumor, primary or metastatic to spine; **OR**
- Atlantoaxial (C1-C2) subluxation (e.g., associated with congenital anomaly, os odontoideum,

BCBSMT_14232

or rheumatoid arthritis) noted as widening of the atlantodens interval greater than 3 mm; **OR**
- Basilar invagination of the odontoid process into the foramen magnum; **OR**
- Subaxial (C2-T1) instability when both of the following are met:
  - Significant instability (sagittal plane translation of at least 3 mm on flexion and extension views or relative sagittal plane angulation greater than 11 degrees); and
  - Symptomatic unremitting pain that has failed 6 weeks of conservative management; **OR**
- Adjunct to excision of synovial cysts causing spinal cord or nerve root compression with unremitting pain, and with corresponding neurological deficit, where symptoms have failed to respond to 6 weeks of conservative therapy (unless there is evidence of cord compression, or progressive neurological deficit, which requires urgent intervention); **OR**
- Clinically significant deformity of the spine (kyphosis, head-drop syndrome, post-laminectomy deformity) that meets any of the following criteria:
  - The deformity prohibits forward gaze; or
  - The deformity is associated with severe neck pain, difficulty ambulating, and interference with activities of daily living; or
  - Documented progression of the deformity; **OR**
- Implant/Instrumentation failure demonstrated on imaging showing malposition or other evidence of failure (e.g., surrounding radiolucency, dislocation/subluxation, vertebral body fracture, or hardware breakage).

Cervical decompression and/or fusion **is considered medically necessary** at the index level after a prior cervical disc arthroplasty when EITHER of the following criteria are met:
- Evidence of implant/device failure is demonstrated on standard or advanced imaging showing malposition or other evidence of failure (e.g., subsidence, surrounding radiolucency, dislocation/subluxation, vertebral body fracture, or hardware breakage); **AND** symptoms can be attributed to implant failure or other implant related mechanical complications
- Clinical symptoms persist or recur in the absence of implant failure; **AND** there is clinical evidence of cervical radiculopathy or myelopathy.

Unless one of the above conditions is met, cervical spinal fusion surgical procedures **are considered not medically necessary.**

**NOTE #1:** Persistent debilitating pain is defined as significant level of pain on a daily basis defined on a Visual Analog Scale (VAS) as greater than 4; that has a documented impact on activities of daily living.

**NOTE #2:** Conservative non-surgical therapy of cervical radiculopathy typically consists of, but is not limited to the following modalities:
- Use of oral analgesics (including anti-inflammatory medications, if not contraindicated); **AND**
- A short course of oral corticosteroids, if not contraindicated; **AND**

BCBSMT_14233

- Participation in a physical therapy program with active exercise and gradual mobilization; **AND**
- Evaluation and appropriate management of associated cognitive, behavioral or addiction issues if and when present.

**NOTE #3**: The requirement for a period of conservative therapy may be waived when there is evidence of progressive nerve or spinal cord compression resulting in severe or rapidly progressive symptoms (e.g., motor loss, neurogenic claudication, or cauda equina syndrome) and urgent intervention is indicated.

## Policy Guidelines

None.

## Description

**Spinal Fusion**
Spinal fusion (arthrodesis) is a surgical technique to stabilize the spinal bones or vertebrae. The goal of fusion is to create a solid bridge of bone between two or more vertebrae so that motion no longer occurs between them. Bone grafts are placed around the spine during surgery. The body then heals the grafts over several months similar to healing a fracture, which joins the vertebrae together. Spinal fusion may be recommended for many reasons including but not limited to treatment of a fractured (broken) vertebra; correction of deformity (spinal curves or slippages); elimination of pain from painful motion; treatment of instability; and treatment of some cervical disc herniations.

There are many surgical approaches and methods available to fuse the spine, and they all involve placement of a bone graft between the vertebrae. The spine may be approached, and the graft placed from the back (posterior approach), from the front (anterior approach) or by a combination of both. In the neck, the anterior approach is more common; lumbar and thoracic fusion is more commonly performed posteriorly.

Fusion may or may not involve use of supplemental hardware (instrumentation) such as plates, screws and cages. Instrumentation is sometimes used to correct a deformity, but usually is used as an internal splint to hold the vertebrae together while the bone grafts heal. Whether or not hardware is used, it is important that bone or bone substitutes be used to get the vertebrae to fuse together. The bone may be taken either from another bone in the patient (autograft) or from a bone bank (allograft). (1)

**Cervical Spinal Fusion**
There are seven cervical vertebrae. They are stacked one on top of another and are separated by discs, which act as elastic cushions or shock absorbers. The first two vertebrae are an exception; there is no disc between C1 vertebra and C2 vertebra. Discs have a soft center, the

BCBSMT_14234

nucleus, surrounded by a tough outer ring, the annulus. Discs allow motion between the vertebrae. The interbody space is the disc space that is located between the vertebral body bones. Each vertebral segment creates a bony circle, called the spinal canal that protects the spinal cord and spinal nerves.

Approximately 10% to 20% of adults report experiencing neck pain in any given time. (2) A common cause of neck pain is degenerative disc disease (DDD), the discs in the neck lose elasticity and cause settling of the spinal column structure and abnormal spinal motions. DDD is a consequence of aging and may lead to the development of bone spurs (spondylosis), osteoarthritis, and/or a herniation of a cervical disc. These processes can result in peripheral nerve root impingements or radiculopathy. Common symptoms of radiculopathy include neck and arm pain and weakness, tingling, or numbness in the upper extremities. Symptomatic patients often improve with conservative treatment, including nonsteroidal anti-inflammatory drugs, steroids, epidural steroids, and physical therapy. If these conservative approaches fail, surgery may be indicated.

One common surgical technique is anterior cervical discectomy with fusion (ACDF), which is performed under general anesthesia. The surgery is performed through a small incision on the front of the neck, usually in the neck's natural crease. The trachea (windpipe), esophagus (stomach tube), and blood vessels lie in front of the spine and are carefully moved aside. Once the surgeon safely creates a window to see the spine, the damaged disc is partially removed with surgical tools. This is called a discectomy. Some of the disc wall is intentionally left behind to help contain bone graft material. Once the disc space has been cleared out, the surgeon prepares the bony surfaces for a fusion. The bones are slightly spread apart to make more room for the bone graft. This distracts the bones to realign proper curvature and enlarges the openings to relieve pressure off any pinched nerves.

A cage implant that may be filled with bone graft is placed in the now empty disc space between the two vertebral bodies. The spacer or fusion cage may be made of bone, titanium, or plastic. Bone graft inside the disc space will go on to fuse, healing the two bones together in this area. If the fusion is successful, the vertebrae will only move as one unit. This reduces future problems at this spinal segment. If the bones do not fuse as planned this is called a nonunion, or pseudarthrosis.

## Rationale

**Cervical Radiculopathy**

In a prospective randomized study (2013) conducted by Peolsson et al. (3) the objective was to investigate differences in physical functional outcome in patients with radiculopathy due to cervical disc disease, after structured physiotherapy alone (consisting of neck-specific exercises with a cognitive-behavioral approach) versus after anterior cervical decompression and fusion (ACDF) followed by the same structured physiotherapy program. No earlier studies have evaluated the effectiveness of a structured physiotherapy program or postoperative physical

BCBSMT_14235

rehabilitation after ACDF for patients with magnetic resonance imaging-verified nerve compression due to cervical disc disease. Sixty-three patients with radiculopathy and magnetic resonance imaging-verified nerve root compression, which were randomized to receive either ACDF in combination with physiotherapy or physiotherapy alone. For 49 of these patients, an independent examiner measured functional outcomes, including active range of neck motion, neck muscle endurance, and hand-related functioning before treatment and at 3-, 6-, 12-, and 24-month follow-ups. There were no significant differences between the 2 treatment alternatives in any of the measurements performed (P = 0.17-0.91). Both groups showed improvements over time in neck muscle endurance (P≤0.01), manual dexterity (P≤0.03), and right-handgrip strength (P = 0.01). Compared with a structured physiotherapy program alone, ACDF followed by physiotherapy did not result in additional improvements in neck active range of motion, neck muscle endurance, or hand-related function in patients with radiculopathy. The authors suggest that a structured physiotherapy program should precede a decision for ACDF intervention in patients with radiculopathy, to reduce the need for surgery.

A meta-analysis by Gao et al. (2013) (4) compared the results of cervical disc arthroplasty with anterior cervical discectomy and fusion for the treatment of symptomatic cervical disc disease. Only randomized clinical trials were included in this meta-analysis, and the search strategy followed the requirements of the Cochrane Library Handbook. Two reviewers independently assessed the methodological quality of each included study and extracted the relevant data. Twenty-seven randomized clinical trials were included; twelve studies were Level I and fifteen were Level II. The results of the meta-analysis indicated longer operative times, more blood loss, lower neck and arm pain scores reported on a visual analog scale, better neurological success, greater motion at the operated level, fewer secondary surgical procedures, and fewer such procedures that involved supplemental fixation or revision in the arthroplasty group compared with the anterior cervical discectomy and fusion group. These differences were significant (p<0.05). The two groups had similar lengths of hospital stay, Neck disability index scores, and rates of adverse events, removals, and reoperations (p>0.05). The meta-analysis revealed that anterior cervical discectomy and fusion was associated with shorter operative times and less blood loss compared with arthroplasty. Other outcomes after arthroplasty (length of hospital stay, clinical indices, range of motion at the operated level, adverse events, and secondary surgical procedures) were superior or equivalent to the outcomes after anterior cervical discectomy and fusion.

<u>UpToDate: Treatment of Cervical Radiculopathy (5)</u>
UpToDate noted the following information regarding initial conservative therapy for most patients, the role of surgical therapy and prognosis under their Summary and Recommendations:

- *Initial conservative therapy for most patients* - They suggest conservative therapy as initial treatment for most patients with compressive cervical radiculopathy who have clear radicular pain with paresthesia or numbness. In addition, they suggest conservative therapy as initial treatment for patients with cervical radiculopathy who have weakness that is nonprogressive, as long as myelopathy is not suspected (Grade 2C).

BCBSMT_14236

They typically start treatment with oral analgesics (e.g., nonsteroidal anti-inflammatory drugs [NSAIDs]) and avoidance of provocative activities and add a short course of oral Prednisone if pain is severe. Once the pain is tolerable, initiate physical therapy with exercise and gradual mobilization.

- *The role of surgical therapy* - The benefit of surgery for the treatment of cervical radiculopathy has not been clearly established, and data from controlled trials are sparse. For patients with cervical radiculopathy who have all of the following conditions, they suggest surgery rather than nonsurgical therapy (Grade 2C).
  - o Symptoms and signs of cervical radiculopathy.
  - o Cervical nerve root compression by magnetic resonance imaging (MRI) or computed tomography (CT) myelography at the appropriate side and level(s).
  - o Progressive motor weakness.

  Several procedures are used for patients undergoing surgery for cervical radiculopathy without myelopathy. These include anterior cervical discectomy and fusion, posterior laminoforaminotomy, and artificial disc replacement. Outcomes and safety profiles among available techniques are similar.

- *Prognosis* – Limited data suggest that most patients with compressive cervical radiculopathy improve without specific treatment. However, symptoms may recur in up to one-third of patients after initial improvement. Conservative management should be re-employed if symptoms of cervical radiculopathy recur unless a significant motor deficit or myelopathy is present.

**Other Conditions (Cervical Fracture, Instability, Kyphosis, Spondylolysis and Disc Herniations)**
The North American Spine Society (NASS) notes the following as potential reasons for a surgeon to consider fusing the vertebrae. (1) These include:

- Treatment of a fractured (broken) vertebra; correction of deformity (spinal curves or slippages); elimination of pain from painful motion; treatment of instability; and treatment of some cervical disc herniations.
- One of the less controversial reasons to do spinal fusion is a vertebral fracture. Although not all spinal fractures need surgery, some fractures - particularly those associated with spinal cord or nerve injury - generally require fusion as part of the surgical treatment. Sometimes a hairline fracture allows one vertebra to slip forward on another. This condition is called spondylolisthesis and can be treated by fusion surgery.
- Another condition that is treated by fusion surgery is actual or potential instability. Instability refers to abnormal or excessive motion between two or more vertebrae. It is commonly believed that instability can either be a source of back or neck pain or cause potential irritation or damage to adjacent nerves. Although there is some disagreement on the precise definition of instability, many surgeons agree that definite instability of one or more segments of the spine is an indication for fusion.
- Cervical disc herniations that require surgery usually need not only removal of the herniated

BCBSMT_14237

disc (discectomy), but also fusion. With this procedure, the disc is removed through an incision in the front of the neck (anteriorly) and a small piece of bone is inserted in place of the disc. Although disc removal for a disc herniation is commonly combined with fusion in the neck, this is not generally true in lumbar disc herniations.

- Spinal fusion is sometimes considered in the treatment of a painful spinal condition without clear instability. A major obstacle to the successful treatment of spine pain by fusion is the difficulty in accurately identifying the source of a patient's pain. The theory is that pain can originate from painful spinal motion and fusing the vertebrae together to eliminate the motion will get rid of the pain. Unfortunately, current techniques to precisely identify which of the many structures in the spine could be the source of a patient's back or neck pain are not perfect. Because it can be so hard to locate the source of pain, treatment of back or neck pain alone by spinal fusion is somewhat controversial. Fusion under these conditions is usually viewed as a last resort and should be considered only after other conservative (nonsurgical) measures have failed.

Surgical Approaches

Techniques and surgical approaches have also been addressed in scientific literature and professional society documents. Joaquim et al. (2016) (13) notes the following in the literature review addressing management of degenerative cervical myelopathy: The choice of one approach over the other depends on patient characteristics (such as number of involved levels, site of compression, cervical alignment, previous surgeries, bone quality, presence of instability, among others) as well as surgeon preference and experience. The author concluded that further comparative studies are necessary to establish the superiority of one approach over the other when multiple options are available.

**Complications and Revision Surgery**

Alonso et al. (2017) preformed a retrospective case series of patients treated at a single tertiary care institution between March 2014 and March 2015. (6) Inclusion criteria were aged 18-100 years, 1- or 2- level anterior cervical discectomy and fusion with a standalone cervical cage. Descriptive statistics were performed for risk of readmission, implant failure, revision, and other complications. The authors identified 211 patients who met the study criteria. Average surgical time was $107 \pm 43$ minutes, with an estimated blood loss of $84.6 \pm 32.4$ mL. There were 11 (5.2%) readmissions. There were 10 (4.74%) implant failures (5 involving single-level surgery and 5 involving 2-level surgery), with 7 cases of pseudoarthrosis. Mechanisms of failure included a C5 body fracture, fusion in a kyphotic alignment after graft subsidence, and acute spondylolisthesis. The authors concluded revision surgery after standalone anterior cervical implants can be complex. Posterior cervical fusion remains a valuable approach to avoid possible vertebral body fracture and loss of fusion area associated with the removal of implants secured through the endplates of adjacent vertebral bodies.

Park et al. (2019) assessed the effect of screw migration and fracture associated with anterior cervical plating on long-term radiographic and clinical outcomes in a retrospective cohort study. (7) Two hundred forty-eight consecutive patients who underwent anterior cervical discectomy and fusion or anterior cervical corpectomy and fusion with a dynamic plating system and were

BCBSMT_14238

followed up for ≥2 years. Patients who experienced screw migration or breakage were classified as screw failure group (SF group, n=25). Patients without screw loosening or fracture until the last follow-up were defined as the nonfailure group (NF group, n=223). Visual analogue scales for neck pain, arm pain, and neck disability index were assessed. Radiologic measurements were performed to analyze solid fusion. The solid union was defined as interspinous motion ≤1 mm on flexion/extension lateral x-rays. Results revealed number of levels fused was significantly associated with increased risk of screw failure (P<0.01). A total of 13 patients in the SF group achieved solid fusion at final follow-up, although fusion rates at all postoperative time points were significantly lower in the SF group than in the NF group, including at final follow-up (P<0.01). Failures in 23 (92%) screw failure patients developed at the lowermost instrumented vertebra. The SF and NF groups experienced similar degrees of neck pain, arm pain, and neck disturbance index scores. There were no cases of complete screw extrusion or related complications requiring revision surgery. Conclusions noted by the authors included although screw failure increased the incidence of pseudarthrosis, it did not aggravate postoperative arm pain, neck pain, or neck disability. As failed implants rarely migrate to an extent that endangers tracheoesophageal structures, immediate removal is rarely necessary.

In 2015, Skovrlj et al. (8) reported rates of surgical interventions following failed cervical disc replacement were low (mean, 2.4%; range, 0%–4.1%). Additionally, the authors note that the majority of complications are related to poor patient selection and surgical techniques. They also noted that there were however, a small percentage also attributed to the device failure itself.

In 2016, Park et al. (9) further investigated causes and results of revision surgeries after artificial disc replacement of the cervical spine (C-ADR). In a retrospective study the authors reviewed medical records and imaging studies of 21 consecutive patients who underwent revision surgeries after C-ADR. Thirteen patients were male and 8 patients were female. The mean age was 52.8 years (range, 43-63 years) and mean time to revision surgeries was 21 months (range, 4-84 months). All patients had a minimum 2-year follow-up after revision surgeries. During their primary C-ADR surgeries, 14 patients underwent single-level C-ADR (3 C4-5, 8 C5-6, and 3 C6-7), 2 patients had two-level C-ADR (C5-6 and C6-7), and 5 patients had two-level hybrid surgery (3 C6-7 ADR + C5-6 anterior cervical discectomy fusion (ACDF) and 2 C5-6 ADR + C4-5 ACDF). The indications for the primary C-ADR surgeries were 16 cervical radiculopathy, 3 myelopathy, and 2 adjacent segment disease with radiculopathy. Failure of primary C-ADR surgeries was defined as persistence or recurrence of clinical symptoms, such as radiculopathy or myelopathy, due to remained or new pathologies at the same operated level(s). Among 21 patients, 14 temporarily recovered symptoms after primary C-ADR surgeries but had recurrence of symptoms. The remaining 7 patients did not obtain symptom relief immediately after primary C-ADR surgery. Twenty-one patients had additional conservative treatments at least for 3 months but symptoms were not resolved. Therefore, all patients were transferred to the authors' tertiary hospitals and underwent revision surgeries. Results reported included: Sixteen patients underwent anterior removal of C-ADR, one-level discectomy and fusion (N = 11), two-level discectomy (N = 3) or one-level corpectomy (N = 2) and fusion. Three patients of keel type C-ADR with heterotopic ossification underwent posterior laminoforaminotomy and fusion. Two

BCBSMT_14239

patients underwent combined procedures due to infection or severe subsidence and osteolysis. At the 2-year follow-up, neck (7.3 vs 1.6) and arm (7.0 vs 1.3) visual analog scales and Neck Disability Index score (46.7 vs 16.32) were improved (all, p < 0.05). According to Odom's criteria, 86% of the patients were satisfied and 91% achieved solid fusion. No major complications developed except for transient dysphagia in 6 patients (29%). The authors concluded that in this small case series, revision surgeries provided successful outcomes in failed C-ADR without major complications. Careful patient selection and meticulous surgical techniques are important to avoid disappointing clinical outcome or even failure of C-ADR.

In 2021, Kim et al. (10) retrospectively examined 13 patients who underwent revision surgery due to failure of total disc replacement of the cervical spine (C-TDR). Failure of primary C-TDR was defined as persistence or recurrence of radiculopathy and/or myelopathy due to lingering or new pathology at the same level as the operation. Radiographically, problems with implants, such as broken polyurethane sheath or any movement of the devices from their initial location, were noted. The main complaints of patients were posterior neck pain (77%), radiculopathy (62%), and/or myelopathy (62%). The causes of failure of C-TDR were improper indications for the procedure, osteolysis and mobile implant use, inappropriate techniques, and postoperative infection. The patients were divided into early and late reoperation groups based on a cutoff of 6 months after initial surgery. There were two patients in the early reoperation group; one of them was technically a failure, and the other showed improper indication of severe spondylosis. Both of these early group patients underwent reoperation with artificial disc removal and ACDF. The most common surgical level was C5–6, followed by C4–5. After revision surgery, the neck and arm pain visual analogue scale (VAS) (preoperative vs. postoperative: 5.46 vs. 1.31; 4.86 vs. 1.08), a modified Japanese Orthopedic Association (JOA) scale (14.46 vs. 16.69), and the Neck Disability Index (NDI) (29.77 vs. 9.31) scores were much improved. The authors concluded that C-TDR is good surgical option. However, it is very important to adhere to strict surgical indications and contraindications to avoid failure of C-TDR. The results of reoperations were good regardless of the approach. Therefore, various reoperation options could be considered in patients with failed C-TDR.

**Practice Guidelines and Position Statements**
<u>North American Spine Society (NASS) (11)</u>
Based on evidence for degenerative cervical radiculopathy, the NASS in 2010 indicated that:
- Both anterior cervical discectomy (ACD) and anterior cervical discectomy/decompression and fusion (ACDF) are suggested as comparable treatment strategies, producing similar clinical outcomes, in the treatment of single level cervical radiculopathy from degenerative disorders. (Grade of Recommendation: B)
- The addition of an interbody graft for fusion is suggested to improve sagittal alignment following ACD [anterior cervical discectomy]. (Grade of Recommendation: B)
- Both ACDF with and without a plate are suggested as comparable treatment strategies, producing similar clinical outcomes and fusion rates, in the treatment of single level cervical radiculopathy from degenerative disorders. (Grade of Recommendation: B)
- The addition of a cervical plate is suggested to improve sagittal alignment following ACDF. (Grade of Recommendation: B)

BCBSMT_14240

- Either ACDF or posterior laminoforaminotomy (PLF) are suggested for the treatment of single level degenerative cervical radiculopathy secondary to foraminal soft disc herniation to achieve comparably successful clinical outcomes. (Grade of Recommendation: B)
- ACDF and total disc arthroplasty (TDA) are suggested as comparable treatments, resulting in similarly successful short-term outcomes, for single level degenerative cervical radiculopathy. (Grade of Recommendation: B)
- While plate stabilization may be indicated in some patients undergoing multilevel ACDF, there is insufficient evidence that this practice results in significant improvement in clinical outcomes for degenerative cervical radiculopathy. (Work Group Consensus Statement)
- Compared to PLF, ACDF is suggested for the treatment of single level degenerative cervical radiculopathy from central and paracentral nerve root compression and spondylotic disease. (Work Group Consensus Statement)

In addition, the NASS released the following document:
*Appropriate Use Criteria for Cervical Fusion* (12):
The objective of NASS Appropriate Use Criteria is to define appropriate (meaning reasonable) care of spinal disorders. This document is intended to reflect contemporary treatment concepts and to assist in the delivery of optimum, efficacious treatment and functional recovery. The criteria do not represent a "standard of care," nor are they intended as a fixed treatment protocol.
However, it does provide an evidence-based review to help guide decision-making for patients, providers, payers and policy makers. The 2013 summary noted the following:

"Regarding the variables examined, fusion for degenerative conditions that resulted in axial pain tended to be less appropriate than those resulting in radiculopathy. These in turn tended to be slightly less appropriate than in the setting of myelopathy unless severe neurological deficit was present, in which case there was approximate equivalence. Along the same lines, fusion for degenerative conditions with central stenosis was most consistently rated as appropriate followed by those with foraminal stenosis followed by conditions with no radiographic stenosis. The presence of signal changes in the spinal cord on MRI with central stenosis tended to be associated with stronger support for fusion in some select scenarios, but the ratings were mostly equivalent to similar scenarios without cord signal changes. In the presence of neurological problems, either myelopathy or radiculopathy, both short and long fusions were often considered appropriate. In contrast, for conditions without stenosis or causing axial pain only, one level (versus multilevel disease) was more likely to be considered appropriate for fusion, if at all.

In general, anterior fusion was appropriate regardless of sagittal alignment. Posterior fusion was more often appropriate with kyphosis than lordosis, although this was felt to be appropriate for several scenarios with lordosis, as well. Trends for anterior and posterior surgery were rare except for patients undergoing corpectomy, and, to improve fusion rates. The longer the fusion, the more likely combined anterior and posterior surgery was felt to be appropriate. There was consistent support for revision fusion for pseudarthrosis if it was symptomatic and just as consistent lack of support for fusion for asymptomatic pseudarthroses.

BCBSMT_14241

The exceptions to the latter were patients with some element of central stenosis and persistent neurological problems, particularly myelopathy.

Finally, comorbidities definitely affected appropriateness of cervical fusion, including smoking, medical and psychosocial problems. The more severe the comorbidities, the more caution there was to support fusion. These variables resulted in stronger opposition for conditions with axial complaints and for conditions without stenosis than for conditions with radiculopathy and with foraminal stenosis. They had the least effect on conditions with central stenosis and cervical myelopathy."

**Summary of Evidence**
Professional society documents as well as evidence in scientific literature address cervical spinal fusion as a potentially effective treatment for specific clinical indications including but not limited to spinal instability, correction of deformity; degenerative conditions and disc herniation, when specific criteria are met. Techniques and surgical approaches have also been addressed in scientific literature and professional society documents although additional comparative studies are necessary to establish the superiority of one approach over the other.

## Coding

Procedure codes on Medical Policy documents are included **only** as a general reference tool for each policy. **They may not be all-inclusive.**

The presence or absence of procedure, service, supply, or device codes in a Medical Policy document has no relevance for determination of benefit coverage for members or reimbursement for providers. **Only the written coverage position in a Medical Policy should be used for such determinations.**

Benefit coverage determinations based on written Medical Policy coverage positions must include review of the member's benefit contract or Summary Plan Description (SPD) for defined coverage vs. non-coverage, benefit exclusions, and benefit limitations such as dollar or duration caps.

| CPT Codes | 20930, 20936, 22548, 22551, 22552, 22554, 22590, 22595, 22600, 22840, 22841, 22842, 22843, 22844, 22845, 22846, 22847, 22853, 22854, 22859 |
|---|---|
| HCPCS Codes | None |

*Current Procedural Terminology (CPT®) ©2020 American Medical Association: Chicago, IL.

## References

1. North American Spine Society. Know your back. Spinal Fusion. Available at: <https://www.spine.org> (accessed on January 30, 2023).
2. Sinnott PL, Dally SK, Trafton J, et al. Trends in diagnosis of painful neck and back conditions, 2002 to 2011. Medicine (Baltimore). 2017 May; 96(20):e6691. PMID 28514286
3. Peolsson A, Söderlund A, Engquist M, et al. Physical function outcome in cervical radiculopathy patients after physiotherapy alone compared with anterior surgery followed by physiotherapy: a prospective randomized study with a 2-year follow-up. Spine (Phila Pa

BCBSMT_14242

1976). 2013; 38(4):300-307. PMID 23407407

4. Gao Y, Liu M, Li T, et al. A meta-analysis comparing the results of cervical disc arthroplasty with anterior cervical discectomy and fusion (ACDF) for the treatment of symptomatic cervical disc disease. J Bone Joint Surg Am. 2013; 95(6):555-561. PMID 23515991

5. Kothari, MJ, Chuang K. Treatment and Prognosis of Cervical Radiculopathy in: UpToDate Shefner JM (Ed), UpToDate, Waltham, MA. Available at: <https://www.uptodate.com> (accessed on January 27, 2023).

6. Alonso F, Rustagi T, Schmidt C, et al. Failure Patterns in Standalone Anterior Cervical Discectomy and Fusion Implants. World Neurosurg. 2017 Dec; 108:676-682. PMID 28942019

7. Park S, Lee DH, Ha JK, et al. How does screw migration or fracture after anterior cervical plate fixation affect the radiographic and clinical outcomes? Clin Spine Surg. 2019 Nov 1; 32(9):398-402. PMID 31162182

8. Skovrlj B, Lee DH, Caridi JM, et al. Reoperations Following Cervical Disc Replacement. Asian Spine J. 2015 Jun; 9(3):471-482. PMID 26097667

9. Park J, Chang H, Yeom JS, et al. Revision surgeries following artificial disc replacement of cervical spine. Acta Orthop Traumatol Turc. 2016 Dec; 50(6):610-618. PMID 27939974

10. Kim KR, Chin DK, Kim KS, et al. Revision Surgery for a Failed Artificial Disc. Yonsei Med J. 2021 Mar; 62(3):240-248. PMID 33635014

11. North American Spine Society (NASS). Evidenced-Based Clinical Guidelines for Multidisciplinary Spine Care. Diagnosis and Treatment of Cervical Radiculopathy from Degenerative Disorders (2010). Available at: <https://www.spine.org> (accessed on January 27, 2023).

12. North American Spine Society (NASS) Appropriate use criteria for cervical fusion (2013). Available at: <https://www.spine.org> (accessed on January 27, 2023).

13. Joaquim AF, Ghizoni E, Tedeschi H, et al. Management of degenerative cervical myelopathy – An update. Rev Assoc Med Bras (1992). 2016 Dec; 62(9):886-894. PMID 28001265

## Centers for Medicare and Medicaid Services (CMS)

The information contained in this section is for informational purposes only. HCSC makes no representation as to the accuracy of this information. It is not to be used for claims adjudication for HCSC Plans.

The Centers for Medicare and Medicaid Services (CMS) **does not** have a national Medicare coverage position. Coverage may be subject to local carrier discretion.

A national coverage position for Medicare may have been **developed** since this medical policy document was written. See Medicare's National Coverage at <http://www.cms.hhs.gov>.

## Policy History/Revision

| Date | Description of Change |
|---|---|
| 05/01/2023 | Document updated with literature review. The following changes were made to Coverage: 1) Added Cervical decompression and/or fusion is considered |

BCBSMT_14243

| | |
|---|---|
| | medically necessary at the index level after a prior cervical disc arthroplasty when criteria is met; 2) Removed from NOTE #2 "Prescription strength" from the following statement: Use of prescription strength oral analgesics (including anti-inflammatory medications, if not contraindicated). Added references 8-10 and updated others. |
| 01/15/2023 | Reviewed. No changes. |
| 09/15/2021 | Document updated with literature review. The following changes were made to Coverage: 1) Added the following phrase to the first statement for clarity: following criteria are met, as confirmed by radiographic evidence; 2) Added an indication for Implant/Instrumentation failure when criteria is met; 3) Added NOTE #3; 4) Changed conservative therapy length of time from 3 months to 6 weeks; 5) Removed the word thoracic from NOTE #2 for clarity. References 2, 7 and 8 were added. |
| 04/01/2020 | Document updated with literature review. The following change was made to Coverage: Criteria for thoracic fusion was removed. Rationale was significantly changed. Title changed from Cervical and Thoracic Spinal Fusion. Reference 6 and 8 were added. |
| 10/15/2017 | Reviewed. No changes. |
| 02/01/2017 | New medical document. Significant coverage criteria regarding cervical and thoracic fusion. See coverage section. |

BCBSMT_14244

| | A | B | C |
|---|---|---|---|
| 1 | JOHNNY RUTHERFORD | | |
| 2 | 3189553P1850H | | |
| 3 | | | |
| 4 | Date | Action | Completed By |
| 5 | 7/6/2023 | Initial claim received from host plan (SCCF 72520231880247800 -Opened claim 02023189553P1850H-00) | |
| 6 | 7/8/2023 | Information Message received in Blue Squared "LINE 8 C1889=SPINAL L H7MM 8DEG TITANIUM CERVICAL INTERBODY LORDOTIC" | BCBS Minnesota |
| 7 | 7/10/2023 | Claim routed to Risk Management team for high dollar review in the Prepay tool | Yvonne Hencley |
| 8 | 7/11/2023 | Risk Management first pass review completed, requested medical records, itemization, and decision from MRU for bit 47 codes on claim | Catherine Cuenca |
| 9 | 7/11/2023 | Initial claim denied for medical records request. Request sent to other plan in Blue Squared: "MRU determination 22853 55845 20930 20936 22551 22552 95937 and an itemized statement, implant log, and discharge summary are necessary to ensure appropriate payment of services subject to the terms and limitations of the member contract including but not limited to member benefits and medical necessity." | Yvonne Hencley |
| 10 | 7/11/2023 | Response received from other plan in Blue Squared "Please see attached submitted by the provider. Note that an itemized statement is not a valid request for reason code 165, which is for requesting clinical patient medical records. Submit your request for a statement to the appropriate reason code. ACN 165151273. Thank you." | Margaret Born (BCBS Minnesota) |
| 11 | 7/11/2023 | General Inquiry sent to other plan in Blue Squared for itemization: "Itemization of all outpatient charges from 06/27/2023 to 06/28/2023 for total charges 66,396.35 is necessary to ensure appropriate payment of services subject to the terms and limitations of the member contract including but not limited to member benefits and medical necessity." | Yvonne Hencley |
| 12 | 7/17/2023 | Request for medical records sent to other plan in Blue Squared, however there were no comments for what records were needed in the message. | Lisa Gallion |
| 13 | 7/18/2023 | Response received from other plan in Blue Squared: This is not a valid request for a 165. Please note that itemized billing or statements are not a valid for reason code 165 because 165s are for requesting patient clinical medical records only. Please submit your request for itemized billing to the correct reason code per BCA policy. Thank you. | Margaret Born (BCBS Minnesota) |
| 14 | 7/26/2023 | Response received from other plan to itemization request (from 7/11/23) : attached document (unable to view) | Nicole Alberts (BCBS Minnesota) |
| 15 | 7/26/2023 | 01 adjustment opened (with received date of 7/11/23 (per records received on 7/11/23 under FLDR 3192 070245325) | |

Confidential

| | A | B | C |
|---|---|---|---|
| 16 | 7/27/2023 | Claims integrity located records needed for review: "received records faf 3192 and 3191 x 2 and 3207 med recs reviewed by MRU see notes below, found Itemization under vision group number and pulled over" . | Lynda Sherman |
| 17 | 7/27/2023 | Claim is routed to Risk Management for high dollar review in prepay tool. | Lynda Sherman |
| 18 | 8/1/2023 | Risk Management determination added to prepay tool: "RM unable to review claim until decision is made for all BIT 47s. MRU decision needed for 22551 and 22552." | Catherine Cuenca |
| 19 | 8/2/2023 | Claims Integrity note added to prepay tool regarding MRU determination:"found notes under FAF 3192070245325 denying 22551 and 22552 but no medical policy listed.  Sent faf back asking for additional information". | Lynda Sherman |
| 20 | 8/7/2023 | Claim routed to Risk Management in Preapay tool: "SENDING BACK TO RM found the Medical Policy for 22551 and 22553 under psedo group number RM claim shows processing per MRU line denials" | Lynda Sherman |
| 21 | 8/14/2023 | Risk Management audit completed. Email sent to Stacie Burns to notify group of decision to deny facility claim and all associated claims. | Catherine Cuenca |
| 22 | 8/14/2023 | Response received from Stacie Burns to Catherine Cuenca confirming group is aware of claim processing. | Stacie Burns |
| 23 | 8/14/2023 | Risk management determination added to prepay tool: Deny entire claim and associated claims related to MRU determination | Catherine Cuenca |
| 24 | 8/16/2023 | Claims integrity added an FNOT with determination, and forwarded claim information to Marketing requesting approval to release claim. | Lynda Sherman |
| 25 | 8/22/2023 | Approval to release claim given from marketing. | Cynthia Kwasney |
| 26 | 8/22/2023 | 01 claim adjustment finalized: denied all lines as 85D ( Medical policy review determined that the service provided is not covered based on corporate medical policy criteria.) Associated claims also reprocessed to deny. | Lynda Sherman |
| 27 | 8/22/2023 | General Inquiry message sent in Blue Squared to notify other plan: "Can provider be informed of the following? Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function...." | Lynda Sherman |

BCBSMT_15767

| | A | B | C |
|---|---|---|---|
| 28 | 8/22/2023 | Informational Message sent in Blue squared to other plan: Entire claim to be denied as associated to the main procedures: 22551, 22552, 22853, and 22845 as NMN. Per Medical Records Unit, 22551, 22552, 22845 and 22853 does not meet criteria SUR712.041 As NMN, as no documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progres | Lynda Sherman |
| 29 | 8/23/2023 | Response received from other plan in Blue Squared: "Thank you for this information. Provider will need to submit an appeal if they need to question the claim denial or an adjustment to correct. Thank You NLA" | Nicole Alberts (BCBS Minnesota) |
| 30 | 9/29/2023 | Provider Appeal received in Blue Squared: "Our provider is appealing the medical necessity denial. Please review attached documentation and adjust or advise. Thank you/mhg inq 23256107321" | Michele Gelow |
| 31 | 10/2/2023 | Response sent to other plan in Blue Squared: As this was submitted with reason code 307, the appeal will be processed based on local guidelines | Andrew Barnes |
| 32 | 10/2/2023 | Appeal created from ACE: EAA 532809683 | Andrew Barnes |
| 33 | 10/3/2023 | Appeal closed as not valid: EAA 532809683 | Tiara Thomas |
| 34 | 10/5/2023 | Appeal created from ACE: 532820960 | Andrew Barnes |
| 35 | 10/6/2023 | Appeal closed as not valid: EAA 532820960 | Mariah Stankey |
| 36 | 11/27/2023 | Provider Appeal received | |
| 37 | 11/28/2023 | Appeal created from ACE: 532955497 | Keith Greaney |
| 38 | 12/21/2023 | Executive Inquiry received | |
| 39 | 12/22/2023 | Executive inquiry created in EAA 533021018 (remains in progress/open as of 8/27/24) | Jennifer Lovejoy |
| 40 | 1/3/2024 | MD appeal determination received to overturn for codes 22551/22552/22845/22853 | Jean Pierre Pujol, MD |
| 41 | 1/4/2024 | New appeal request added to EAA 532955497 for (77092) Trabecular bone score (TBS) | Jes Eriksen |
| 42 | 1/4/2024 | RN sent Appeal for newly added code 77092 to to Internal Medical Director for Review | Heather Embry |
| 43 | 1/5/2024 | MD appeal determination received to uphold for code 77092 | Lexi Gulbranson, MD |

BCBSMT_15768

| | A | B | C |
|---|---|---|---|
| 44 | 1/5/2024 | Appeal Closed: Partial Overturn 532955497 | Jes Eriksen |
| 45 | 1/5/2024 | Email sent from Appeals (Jes Eriksen) to reprocess claims per appeal partial overturn decision: 02 adjustment opened and sent to high dollar (Claims Integrity team) for processing, associated claims reprocessed. | Sandy Burke |
| 46 | 1/6/2024 | Claims Integrity routed claim information to Marketing requesting approval to release | Yvonne Hencley |
| 47 | 1/10/2024 | Response from marketing sent to Claims, approving release of claim. | Cynthia Kwasney |
| 48 | 1/11/2024 | Claims received an error processing claim: "HITTING TCH ERROR AT THIS TIME SENT A TICKET FOR REVIEW INC3754570 Created" | Yvonne Hencley |
| 49 | 1/11/2024 | 02 adjustment finalized: All lines allowed. | Yvonne Hencley |

BCBSMT_15769

CM - 1011976000



**BlueCross BlueShield of Montana**
PO Box 7982
Helena, MT 59604-7982



2 9 7 6 4 9 8 0 9 8 8 5 2 0 1

Service Date:  06/12/2023
Total Charges:  5128.00

Dear                                                                                                           07/20/2023

Thank you for your inquiry. Please be aware that a Blue Cross and Blue Shield of Montana Medical Director has received and carefully reviewed all available pertinent clinical documentation and applicable Blue Cross and Blue Shield of Montana Medical Policy criteria. Benefit reimbursement for the requested service(s)/procedure(s) have not been approved.

Non-Approved Procedure Code(s): 36475

Non-Approved Procedure Description: Endovenous ablation therapy of incompetent vein, extremity, inclusive of all imaging guidance and monitoring, percutaneous, radiofrequency; first vein treated.

Reason: Lack of Medical Necessity

Medical Policy Manual Article Number: SUR707.016

The clinical rationale for the non-approval: Does not meet criteria, SUR707.016 As Not Medically Necessary, as no document to support: Duplex Doppler &/or spectral flow us study, performed within the last 12 months in upright or reverse Trendelenburg position, documenting size, location, reflux of the vein, no document of ceap class or of failure of Conserv TX for a minimum of 6 weeks.

If you have any questions about the criteria used in this decision please visit our medical policy manual located in the provider section of our website.

We appreciate the opportunity to assist you in this matter.

Sincerely,

Your Customer Advocates
Blue Cross and Blue Shield of Montana

1

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Confidential                                                                                                           BCBSMT_0021414



**BlueCross BlueShield of Montana**
PO Box 7982
Helena, MT 59604-7982



X 5 8 0 0 5 8 2 6 7 5 0 4 1 1 M H R

Johnny C Rutherford
PO Box 4319
Helena, MT 59604-4319

Group Number: X58005
Subscriber ID: 826750411
Claim Number: 0202318455H46850H
Patient Name: Johnny Rutherford
Patient Number: 747883563
Provider Name: Mayo Clinic
Service Date: 06/27/2023

Dear Johnny C Rutherford,                                                                                    07/21/2023

A Blue Cross and Blue Shield of Montana (BCBSMT) Medical Director has received and carefully reviewed your claim, along with all available pertinent clinical documentation and applicable HCSC Medical Policy criteria. Benefit reimbursement for the requested service(s)/procedure(s) has not been approved.

Non-approved Service (Procedure Code): 22845 and 22853
Non-approved Service (Procedure Description): 22845 Anterior instrumentation; 2 to 3 vertebral segments (List separately in addition to code for primary procedure)
22853 Insertion of interbody biomechanical device(s) (eg, synthetic cage, mesh) with integral anterior instrumentation for device anchoring (eg, screws, flanges), when performed, to intervertebral disc space in conjunction with interbody arthrodesis, each interspace (List separately in addition to code for primary procedure)
Reason: Not Medically Necessary

The non-approval determination decision was based on the clinical information submitted and the following: No documentation to support radiographic evidence of cervical nerve root compression (as documented by MRI), consistent with the symptomatic levels of cervical radiculopathy, and debilitating pain persists despite non-surgical conservative therapy for at least 6 weeks or neurogenic claudication or progressive symptoms of motor loss that impairs function.

Criteria used in making a non-approval determination may include Milliman USA Care Guidelines, HCSC Medical Policy, Blue Cross Blue Shield Association Reference Manual and/or a health care professional's recommendation. If the benefit determination involved a rule, guideline, other criterion of a medical necessity or investigational/experimental treatment decision, a copy of the rule, guideline or a summary of the specific clinical review criteria upon which this determination was based, will be provided free of charge upon request.

If you are not satisfied with the determination, please contact BCBSMT. If after investigation, BCBSMT determines that the claim (or portion of the claim) was correctly denied, you may appeal the denial as detailed below. Additional documentation that may be submitted for appeal purposes includes, but is not limited to, a letter from the treating provider or medical records not previously received.

Sincerely,

Blue Cross and Blue Shield of Montana
Health Care Management Department

**bcbsmt.com**

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Confidential                                                                                          BCBSMT_0021420



BlueCross BlueShield of Montana
PO Box 7982
Helena, MT 59604-7982

Case 6:24-cv-00081-BMM  Document 191-1  Filed 02/24/26  Page 82 of 82



Service Date: 03/02/2023

Dear ▮▮▮▮,

07/20/2023

A Blue Cross and Blue Shield of Montana (BCBSMT) Medical Director has received and carefully reviewed your claim, along with all available pertinent clinical documentation and applicable HCSC Medical Policy criteria. Benefit reimbursement for the requested service(s)/procedure(s) has not been approved.

Non-approved Service (Procedure Code): 81161 81243
Non-approved Service (Procedure Description): DMD (dystrophin) (eg, Duchenne/Becker muscular dystrophy) deletion analysis, and duplication analysis FMR1 (fragile X mental retardation 1) (eg, fragile X mental retardation) gene analysis; evaluation to detect abnormal
Reason: Not Medically Necessary

The non-approval determination decision was based on the clinical information submitted and the following: No hpi provided for review. 81161 Does not meet 26th ed mcg a-0608 as nmn, as no doc to support        asymptomatic female w/ family h/o duchenne muscular dystrophy, becker muscular dystrophy, or dmd-associated dilated cardiomyopathy; or pt w/ clinical findings of muscular dystrophy; or pt w/ dmd gene mutation.

81243 Does not meet 26th ed mcga-0602 as nmn, as no doc to support pt w/ family h/o fragile x-related d/o and of reproductive age; or pt w/ fmr1 gene mutation.

Criteria used in making a non-approval determination may include Milliman USA Care Guidelines, HCSC Medical Policy, Blue Cross Blue Shield Association Reference Manual and/or a health care professional's recommendation. If the benefit determination involved a rule, guideline, other criterion of a medical necessity or investigational/experimental treatment decision, a copy of the rule, guideline or a summary of the specific clinical review criteria upon which this determination was based, will be provided free of charge upon request.

If you are not satisfied with the determination, please contact BCBSMT. If after investigation, BCBSMT determines that the claim (or portion of the claim) was correctly denied, you may appeal the denial as detailed below. Additional documentation that may be submitted for appeal purposes includes, but is not limited to, a letter from the treating provider or medical records not previously received.

Sincerely,

Blue Cross and Blue Shield of Montana
Health Care Management Department

**bcbsmt.com**

Blue Cross and Blue Shield of Montana, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Confidential

BCBSMT_0021457