# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD, and JOHNNY RUTHERFORD ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br>  v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and the MONTANA UNIVERSITY SYSTEM,<br><br>       Defendants. | Cause No: 6:24-CV-00081<br><br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SEAL EXHIBIT 1 TO THE FIRST FOUNDATIONAL DECLARATION OF SCOTT PETERSON (DOC. 201-1)** |

Plaintiffs having filed a Motion to Seal Exhibit 1 to the First Foundational Declaration of Scott Peterson, and the Motion being unopposed, and good cause appearing therefore, it is hereby ordered that Plaintiffs' Motion to Seal Doc. 201-1 is GRANTED.

DATED this 14th day of April 2026.

_____
Brian Morris, Chief District Judge
United States District Courts