**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD, and JOHNNY RUTHERFORD ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and the MONTANA UNIVERSITY SYSTEM,<br><br>Defendants. | Cause No: 6:24-CV-00081-BMM<br><br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBITS ACCOMPANYING THEIR REPLY TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

Plaintiffs having filed a Motion for Leave to Seal the exhibits accompanying their Reply to Motion for Class Certification and Appointment of Class Counsel that have been marked confidential by HCSC, and the Motion being unopposed, and good cause appearing therefore, it is hereby ordered that Plaintiff's Motion for leave to file these exhibits under seal is granted.

DATED this 15th day of May 2026.


_____
Brian Morris, Chief District Judge
United States District Courts