**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| JOHNNY C. RUTHERFORD, JR. and MARY RUTHERFORD, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, A Mutual Legal Reserve Company, doing business in Montana as Blue Cross and Blue Shield of Montana, and MONTANA UNIVERSITY SYSTEM, <br><br> Defendants. | Case No. 6:24-cv-00081-BMM <br><br><br> **ORDER GRANTING BLUE CROSS AND BLUE SHIELD OF MONTANA'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross Blue Shield of Montana ("BCBSMT"), having filed an Unopposed Motion for Leave to File Under Seal, and good cause appearing therefore;

IT IS HEREBY ORDERED that BCBSMT'S Unopposed Motion for Leave to File Under Seal is GRANTED. The Clerk of Court shall file under seal file **Exhibits 13, 14, 20, and 21** (Doc. 246) to the Declaration of Emily T. Kuwahara in Support of BCBSMT's Motion to Exclude Testimony of Plaintiff's Experts and **Exhibit C** to the Declaration of Elizabeth Parr Hecker in Support of BCBSMT's Motion *in Limine.*

DATED this 12th day of June, 2026.

Brian Morris, Chief District Judge
United States District Courts